**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ANTHONY KURI, | ) | |
| (a.k.a. Ramsey Qurash), | ) | Case No. 13 C 01653 |
| | ) | |
| Plaintiff, | ) | Hon. Joan B. Gottschall |
| | ) | |
| v. | ) | |
| | ) | |
| THE CITY OF CHICAGO, *et al.*, | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**DEFENDANT CITY OF CHICAGO'S UNOPPOSED MOTION
TO BIFURCATE PLAINTIFF'S *MONELL* CLAIMS AND TO
STAY DISCOVERY AND TRIAL ON THOSE CLAIMS**

Defendant City of Chicago, through its attorneys The Sotos Law Firm, P.C., and pursuant to Fed. R. Civ. P. 42(b), moves this Court to bifurcate Plaintiff's Section 1983 allegations brought against the City pursuant to *Monell v. Department of Social Services of City of New York*, 436 U.S. 658 (1978), and to stay discovery and trial on those *Monell* claims until after the claims against the individual Defendants are resolved. In support, the City states:

1. As an initial matter, the parties have discussed this Motion to Bifurcate, and Plaintiff does not oppose this Motion in this case. The parties agree that Plaintiff does not oppose this Motion only for the purposes of this case, and for reasons specific to this case. The parties agree that their agreement is not precedential in any fashion; Plaintiff's willingness to compromise cannot be used against Plaintiff in any future litigation, and a Defendant's agreement cannot be used against that Defendant in any future litigation.

2. Plaintiff, Anthony Kuri, filed his First Amended Complaint against Defendant City of Chicago and certain Chicago Police Officers (the "City Defendants") pursuant to Section

1

1983, alleging violations of his constitutional rights following the arrest, detention, and prosecution for a 2009 murder for which he was acquitted. Plaintiff's Complaint alleged a *Monell* claim against the City of Chicago, and the City denies all allegations associated with the *Monell* claim.

3. Pursuant to Fed. R. Civ. P. 42(b), the City moves this Court to (1) bifurcate the *Monell* claims against the City from the claims against individual defendants, and (2) stay discovery and trial on the *Monell* claims until the resolution of all claims against the individual defendants. This Court is vested with the broad discretion to bifurcate Plaintiff's claims, *Krocka v. City of Chicago,* 203 F.3d 507, 516 (7th Cir. 2000), and the City requests that the Court utilize its discretion to grant bifurcation in this matter.

WHEREFORE, Defendant City requests that this Court bifurcate Plaintiff's *Monell* allegations and claims from his allegations and claims against the individual defendants, stay discovery and the trial of the *Monell* claims pending the resolution of the claims against the individual defendants, and grant any other relief this Court deems just and necessary.

Dated: November 19, 2014          Respectfully submitted:

/s/ Jeffrey N. Given
JEFFREY N GIVEN, Atty No. 06184989
*One of the Attorneys for Defendant City of Chicago*

James G. Sotos
Jeffrey N. Given
Andrew J. Grill
THE SOTOS LAW FIRM, P.C.
550 East Devon, Suite 150
Itasca, Illinois 60143
630-735-3300
jgiven@jsotoslaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that the following is true and correct, that on November 19, 2014, I electronically filed Defendant City of Chicago's Unopposed Motion to Bifurcate Plaintiff's *Monell* Claims and to Stay Discovery and Trial on Those Claims with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attached service list.


Dated: November 19, 2014       Respectfully submitted:

               /s/ Jeffrey N. Given
               JEFFREY N. GIVEN, Atty No. 06184989
               *One of the Attorneys for Defendant City of Chicago*

James G. Sotos
Jeffrey N. Given
Andrew J. Grill
THE SOTOS LAW FIRM, P.C.
550 East Devon, Suite 150
Itasca, Illinois 60143
630-735-3300
jgiven@jsotoslaw.com

**SERVICE LIST**
*Kuri v. Szwedo, et al.*
Case No.: 13 CV 01653

**Attorneys for Plaintiff**
Arthur R. Loevy
Jonathan I. Loevy
Julie Goodwin
Loevy & Loevy
312 North May Street
Suite 100
Chicago, IL 60607
(312)243-5900
mailto:russell@loevy.comloevylaw@loevy.com
jon@loevy.com
julie@loevy.com

Scott Jay Frankel
Frankel & Cohen
53 W. Jackson Blvd
Suite 1615
Chicago, IL 60604
(312) 759-9600
frankelandcohen@aol.com


**Attorneys for Robert Cordaro, Tina Figueroa-Mitchell, John Folino, Jr., Thomas Kolman, Cannen Lopez, Timothy McDermott, Noe' Sanchez, Frank Szwedo, John Valkner**

Eileen E. Rosen
John J. Rock
Stacy A. Benjamin
Silvia Mercado Masters
Catherine M. Barber
Rock Fusco & Connelly, LLC
321 North Clark Street, Suite 2200
Chicago, IL 60610
(312) 494-1000
(312) 494-1001 (fax)
erosen@rockfuscoconnelly.com
jrock@rockfuscoconnelly.com
sbenjamin@rockfuscoconnelly.com
smercado@rockfuscoconnelly.com
cbarber@rockfuscoconnelly.com