UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Anthony Kuri

       Plaintiff,

v.               Case No.: 1:13−cv−01653
                Honorable Joan B. Gottschall

Det. Szwedo, et al.

       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 30, 2016:

  MINUTE entry before the Honorable Joan B. Gottschall: Status hearing held. The court advised that it has reviewed a copy of Russell's deposition submitted in camera and stated its concerns about ordering a second deposition on the record. Plaintiff will consider his options as to Russell. Counsel for defendants informed the court that the writ of body attachment has not been served on Tony Fernandez, but the parties are uncertain about when he will be served. Status hearing set for 1/11/17 at 9:30 a.m. If Fernandez has not been deposed by that date, the parties should contact the courtroom deputy at least one day before the hearing. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.