# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY KURI, | ) | |
| (a.k.a. Ramsey Qurash) | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 13 C 1653 |
| | ) | |
| THE CITY OF CHICAGO, et al., | ) | Judge Joan B. Gottschall |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' EXHIBIT LIST FOR MOTION FOR SUMMARY JUDGMENT

A. Deposition of Plaintiff, Anthony Kuri a/k/a Ramsey Qurash Dated May 5, 2015. ("Plaintiff Dep")

B. Deposition of Robert Cordaro. ("Cordaro Dep")

C. Deposition of Tina Figueroa-Mitchell. ("Figueroa-Mitchell Dep")

D. Deposition of John Folino, Jr. ("Folino Dep")

E. Deposition of Thomas Kolman. ("Kolman Dep")

F. Deposition of Timothy McDermott. ("McDermott Dep")

G. Deposition of Carmen Lopez. ("Lopez Dep")

H. Deposition of Noe Sanchez. ("Sanchez Dep")

I. Deposition of Frank Szwedo. ("Szwedo Dep")

J. Deposition of John Valkner. ("Valkner Dep")

K. Defendants Folino, McDermott, Kolman & Cordaro's Answer & Affirmative Defenses to Plaintiff's First Amended Complaint, DOC #61-1. ("Folino, et al. Ans. to Compl.")

L. Defendants, Szwedo & Valkner's Answer & Affirmative Defenses to Plaintiff's First Amended Complaint, DOC #61-2. ("Szwedo, et al. Ans. to Compl.")

M. Defendants, Sanchez, Lopez & Figueroa-Mitchell's Answer & Affirmative Defenses to Plaintiff's First Amended Complaint, DOC #61-3. ("Sanchez, et al. Ans. to Compl.")

N. Plaintiff's First Amended Complaint, DOC #8. ("1st Am. Compl.")

O. O(1) Video Recorded Police Interview of Zay Russell on August 8, 2009. ("Russell Recorded Interview")

O(2) Transcript of Recorded Police Interview of Zay Russell on August 8, 2009 ("Russell Recorded Interview Transcript"), CCSAO 002779-2801.

P. Grand Jury Testimony of Zay Russell Dated August 18, 2009, PLAINTIFF 158-173. ("Russell GJ Testimony")

Q. Criminal Trial Testimony of Zay Russell Dated May 15, 2012, RFC 003117-3175. ("Russell Trial Testimony")

R. Grand Jury Testimony of Tony Fernandez Dated August 18, 2009, RFC 002969-2986. ("Fernandez GJ Testimony")

S. Criminal Trial Transcript Dated March 8, 2012. ("March 8, 2012, Trial Transcript")

T. Deposition of Tony Fernandez Dated February 23, 2017. ("Fernandez Dep")

U. Deposition of David Gomez ("Gomez Dep")

V. Criminal Trial Transcript Dated June 7, 2012. ("June 7, 2012, Trial Transcript")

W. Summary Report by Plaintiff's Public Defender Investigator of Zay Russell Interview from May 19, 2011, RFC 004061-004062. ("Report of Russell Interview")

X. Grand Jury Indictment Dated October 2, 2009, RFC 000835, ("Grand Jury Indictment")

Y. Tony Fernandez's Handwritten Affidavit to Cook County Public Defender's Investigator, Michael G. Bratton, Dated February 15, 2012, RFC 004524-4525. ("Fernandez Affidavit")

Z. CPD General Progress Report Dated July 24, 2009, RFC 000396. ("7/24/09 GPR")

AA. CPD Case Supplementary Report Dated August 4, 2009, RFC 000014-26. ("8/4/09 Supp. Report")

BB.    CPD Case Supplementary Report Dated August 14, 2009, PLAINTIFF 244-253. ("8/14/09 Supp. Report")

CC.    Officers Sanchez & Lopez Supplemental Report Dated August 3, 2009, RFC 000010-11. ("Wachaa Supp. Report")

DD.    CPD Supplementary Report Dated October 6, 2009, PLAINTIFF 207-214. ("10/6/09 Supp. Report")

EE.    Investigative Alert for Anthony Kuri Dated August 7, 2009, RFC 000378-384. ("Kuri Investigative Alert")

FF.    Criminal Complaint Against David Gomez Dated August 8, 2009, RFC 000188-189. ("Gomez Charges")

GG.    Arrest Warrant for Anthony Kuri Dated August 20, 2009, RFC 000385. ("Kuri Warrant")

HH.    CPD Supplementary Report of Kuri Arrest and Interview Dated October 6, 2009, RFC 000084-95 ("10/6/09 Supp. Report/Kuri Arrest")

II.    Statement of Nicole Campos Taken September 10, 2009, RFC 008523-8528. ("Campos Statement")

JJ.    Nicole Campos Grand Jury Testimony Dated September 21, 2009, RFC 008529-8544. ("Campos GJ Testimony")

KK.    Handwritten Statement of Chrystan "Tony" Reyes Taken September 10, 2009, RFC 008550-8555. ("Reyes Statement")

LL.    Chrystan "Tony" Reyes Grand Jury Testimony Dated September 21, 2009, RFC 008556-8572. ("Reyes GJ Testimony")

MM.    Deposition of Stephen Ramsey. ("Ramsey Dep")

NN.    Deposition of Sugoria "Zay" Russell. ("Russell Dep")

OO.    CPD Supplementary Report Dated October 7, 2009, RFC 000599-614. ("10/7/09 Supp. Report")

PP.    Criminal Complaint Against Anthony Kuri Dated September 11, 2009, RFC 000220-221. ("Kuri Charges")

QQ.    Deposition of ASA Mary Jo Murtaugh. ("Murtaugh Dep")