# IN THE UNITED STATES DISTRIT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY KURI, | ) | |
| (a.k.a. Ramsey Qurash) | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13 C 1653 |
| | ) | |
| THE CITY OF CHICAGO, et al., | ) | Judge Joan B. Gottschall |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**Exhibit Index**

Ex. 1 Kuri, Anthony dep

Ex. 2 Tony Fernandez Dep

Ex. 3 Russell Trial Testimony

Ex. 4 Szwedo , Detective Frank

Ex. 5 (Group) GPR's

Ex. 6 8.4.2009 Supp Report_Redacted

Ex. 7 Szwedo Trial Testimony

Ex. 8 Fernandez Trial Testimony

Ex. 9 Ponni Arunkumar (Cook County med. examiner) Stipulation

Ex. 10 .22 caliber gun

Ex. 11 Zay Russell Arrest

Ex. 12 8.14.2009 Supp Report_Redacted

Ex. 13 Line Up Photospread Advisory Form

Ex. 14 Deposition of John Folino

Ex. 15 8.6.2009 Supp Report_Redacted

Ex. 16 Latent prints

Ex. 17 DNA Report

Ex. 18 McDermott, Timothy - dep

Ex. 19 Valkner Dep

Ex. 20 Deposition of Robert Cordaro

Ex. 21 General Order 83-5

Ex. 22 2009- CPD Annual-Report

Ex. 23 8.3.2009 Police Report

Ex. 24 Sanchez Dep

Ex. 25 Wachaa Crim History Report

Ex. 26 Folino Grand Jury Statement

Ex. 27 10.7.2009 Supp Report_Redacted

Ex. 28 Zay Russell Grand Jury Testimony

Ex. 29 Fernandez Statement

Ex. 30 Photo of bike

Ex. 31 voluntary submitted Bucal Swabs

Ex. 32 Figuera- Mitchell Dep

Ex. 33 8.5.2009 Supp Report_Redacted

Ex. 34 10.6.2009 Supp Report_Redacted

Ex. 35 Felony Complaint

Ex. 36 State's Opening

Ex. 37 Folino Trial Testimony

Ex. 38 State's Closing

Ex. 39 DNA Stip

Ex. 40 Acquittal

Ex. 41 Hickey Dep

Ex. 42 General Order 78-3