STATE OF ILLINOIS ) 
                   ) SS.
COUNTY OF C O O K  )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - CRIMINAL DIVISION

PEOPLE OF THE          )
STATE OF ILLINOIS,     )
        Plaintiff,     )
                       )
   vs.                 )  No. 09 CR 19903
                       )
DAVID GOMEZ            )
ANTHONY KURI,         )
        Defendants.    )

                    REPORT OF PROCEEDINGS had at

the Bench Trial in the above-entitled cause,

before the HONORABLE KEVIN M. SHEEHAN, Judge of

said court, on March 8, 2012.

        PRESENT:

                HON. ANITA M. ALVAREZ
                State's Attorney of Cook County, by:
                MS. MARY JO MURTAUGH
                Assistant State's Attorney,
                on behalf of the People;

                MR. MICHAEL KREJCI,
                MS. STEPHANIE KEMAN
                on behalf of the Defendant,
                David Gomez;

                ABISHI C. CUNNINGHAM, JR.
                Public Defender of Cook County, by:
                MS. JEAN HERIGODT
                MS. HALEY GRAHAM-711
                Assistant Public Defender,
                on behalf of the Defendant,
                Anthony Kuri.

-1-

**Exhibit 7**   CITY 0157

Masonic Hospital?

A   Yes.

Q   When you looked at that van, did you see any damage to that van?

A   Yes.

Q   What damage did you see, Detective?

A   Specifically the passenger side window -- rear window was shattered, various parts of the vehicle had shattered glass.  As far as damage was concerned, that was the most significant.

Q   At a certain point in time did you look inside the van?

A   Yes.

Q   And what did you notice inside the van?

A   There was amounts of blood in various portions of the driver's and rear passenger compartments.  There was bullet fragments, fired bullets, in those compartments.

Q   And there were three pieces of firearms inside that van?

A   Firearms evidence, yes.

Q   Did you learn that there had been

-37-

CITY 0193