stipulations for a few minutes?

MS. MURTAUGH: I can do that, Judge.

THE COURT: Okay. Go ahead.

MS. HERIGODT: Thank you, Judge.

THE COURT: Mr. Kuri, watch your attitude.

(A short recess was had.)

THE COURT: All right. Mr. Kuri and Mr. Gomez are being brought back into the courtroom. They're seated at counsel table.

Just -- State, just let me know when you have your stipulations in order.

MS. MURTAUGH: Okay, Judge.

Judge, I'll start with the medical examiner --

THE COURT: Okay.

MS. MURTAUGH: -- stipulation.

THE COURT: Is that marked at all --

MS. MURTAUGH: No, it's --

THE COURT: Okay, that's fine. Just let me know if anything is being marked as an exhibit. Go ahead.

MS. MURTAUGH: With respect to that stipulation, if Ponni, P-o-n-n-i, Arunkumar, A-r-u-n-k-u-m-a-r, were called to testify, he would testify that he was employed by the Cook County Medical Examiner's Office as a deputy medical examiner in July of 2009.

**Exhibit 9**

43

He would testify that he's a doctor licensed to practice medicine in the State of Illinois. Based on his education, training and experience, he would be qualified as an expert in the field of -- in the area of forensic science pathology, the study of the cause and manner of death. He's capable of rendering an expert opinion in court in this area.

As deputy medical examiner, Dr. Arunkumar is called upon to perform postmortem examinations or autopsies upon bodies of persons who die of unnatural means. These examinations consist of external examinations and internal examinations, looking for evidence of injury or which may be related to the death of a person. Dr. Arunkumar performs these examinations in order to render an opinion as to the cause as well as the manner of death.

On July 24th of 2009, the doctor performed a postmortem examination on the body of Gaurav Patel. This examination is identified by a case number assigned to it by the Cook County Medical Examiner's Office. The case number for Gaurav Patel is 370 July 2009. Dr. Arunkumar would identify Exhibit Number 46 in open court as a true and accurate morgue identification photograph of Gaurav Patel. He first observed the body

44

CITY 0468

as five feet, nine inches long, and weighed 160 pounds.

Upon conducting his examination on the body of Gaurav Patel, the doctor noticed a through and through gunshot wound to the neck. The entrance wound was located on the posterior neck, nine inches beneath the top of the head, .5 inches to the right of the posterior midline, and is a circular gunshot wound of entrance 15 inches in diameter. He found no evidence of close range firing. Dr. Arunkumar would identify Exhibit Number 47 as a true and accurate photograph of the injury.

Dr. Arunkumar noted the exit wound on the posterior neck. The exit wound was located eight inches beneath the top of the head, 1.8 inches to the left of the posterior midline, a lacerated gunshot wound of exit .6 by .2 inches. The doctor would identify Exhibit Number 48 as a true and accurate photograph of the injury.

Upon an internal examination of the body of Gaurav Patel, Dr. Arunkumar noticed injuries consistent with the course of the through and through gunshot wound, specifically the wound course from back to front, right to left and upward. The interior muscles of the neck reveal hemorrhage due to the gunshot wound.

Dr. Arunkumar also noticed a gunshot wound to the

45

CITY 0469

right back of Gaurav Patel. The entrance wound was located on the right back, 14.5 inches beneath the top of the head, 6 inches to the right of the posterior midline. There is a circular gunshot wound of entrance .2 inches in diameter. A ring of abrasion is present around the wound, .1 inch except in the area of 5:00 o'clock to 7:00 o'clock, where it measures .3 inches. Examination of the skin about the gunshot wound of entrance reveals no evidence of close range firing. The doctor would identify exhibit 49 as a true and accurate photograph of this injury.

During the internal examination, Dr. Arunkumar noted the wound course involved the skin and subcutaneous tissue in the area; the muscles of the right back; the right 5th rib; the lower lobe of the right lung; the upper lobe of the right lung; the right, I'm going to spell this, b-r-a-c-h-i-o-c-e-p-h-a-l-i-c, artery; and the left upper chest wall muscle. The wound has caused massive bleeding in the right chest cavity. The wound coursed from front to back, right to left and upward. On the interior left upper chest, there are two brown abrasions, one of them with an associated purple bruise, .4 and.1 inch. Underneath these abrasions, a bullet is present in the left upper chest wall.

46

CITY 0470

The bullet was recovered and placed in a sealed medical examiner envelope and given to Chicago police officer Edward Tomasik, star number 1170. Dr. Arunkumar would identify exhibit 50 as a true and accurate photograph of the recovered bullet.

The bullet was inventoried under inventory number 11737168, proper chain of custody was maintained at all times.

As a result of the internal and external examination upon the body of Gaurav Patel, and based on his education, training and experience, Dr. Arunkumar would testify to a reasonable degree of medical certainty that the cause of death to Gaurav Patel was multiple gunshot wounds, and the manner of death was homicide.

So stipulated as to both Defendants?

MS. HERIGODT: So stipulated.

THE COURT: Mr. Krejci, on behalf of your client, Mr. Gomez?

MR. KREJCI: Yes, sir. We'd stipulate.

THE COURT: Okay. Go ahead. Continue, State.

MS. MURTAUGH: Additionally, there's a stipulation between the parties that if called to testify, Debra Kot, K-o-t, would testify she's a forensic scientist in

47

CITY 0471