**CHICAGO POLICE DEPARTMENT**                    **22-SEP-2009**      **PAGE**      **1**
**EVENT QUERY**

Event #   0920500901

| Type | Location | | Date | Pri | DG | Svc Beat | Disp |
|---|---|---|---|---|---|---|---|
| NFY | 4601 N LAWNDALE AV / 3659 W WILSON AV | | 24-JUL-2009 00:53:10 | 3D | FD | 1723 | |

| Source | Response Level | Caller | | | | Phone |
|---|---|---|---|---|---|---|
| S | 1 | | | | | -- |

Address of Occurrence                                                        Occ Beat

4601 N LAWNDALE AV / 3659 W WILSON AV                                         1723

Event Chronology

| Date | Activity | Wkstn | Person | Text |
|---|---|---|---|---|
| 24-JUL-2009 00:53:10 | ENTRY | PD61 | D539223 | |
| 24-JUL-2009 00:53:10 | COPYF | PD61 | D539223 | Copied From Event# CPD0920500515 |
| 24-JUL-2009 00:53:10 | COPYF | PD61 | D539223 | Copied 7 remarks from Event# CPD0920500515 |
| 24-JUL-2009 00:59:54 | FILE | PDT97 | D541739 | Event Filed: … |
| | RMKS | | | *** WIRELESS CALL *** |
| | RMKS | | | PERSON SHOT IN FRT,,,,NFI |
| | RMKS | | | PER  1797A--CITIZENS ARE SAYING THAT COBRAS ARE THE OFF'S |
| | RMKS | | | 2 PEOPLE SHOT--EMS ENROUTE--.22 POSS FIND INSIDE CAR |
| | RMKS | | | PER  1797A -----FOUND A .22 CALIBER PISTOL IN A CAR |
| | RMKS | | | (2) .38 CALIBER SHELL CASING AND GLASS |
| | RMKS | | | ▇▇▇▇▇▇▇▇ |
| | RMKS | | | *** Copy from CPD0920500515 to CPD0920500901 *** RD Records copied: HR445323 041A was last disposition copied from event CPD0920500515 |
| | RMKS | | | PERSHO-1723 PC 2 PEOPLE SHOT #1 VICTIM ▇▇▇▇▇ #2 NO INFO YET HR445323 NFI |

**Exhibit 10**

RFC 003473