

**CHICAGO POLICE DEPARTMENT**
## ARREST REPORT
**3510 S. Michigan Avenue, Chicago, Illinois 60653**
(For use by Chicago Police Department Personnel Only)
CPD-11. 420C(REV. 6/30)

## STATUS COMPLETED- RELEASE W/O CHARGING

CB #: 17627889
IR #:
YD #:
RD #: HR445336
EVENT #: 0920500483

### ARREST REPORTING

**OFFENDER**

**Name: RUSSELL, Zay**
Res: 4628 N Central Park Ave
Chicago, IL 60625
Unknown
**DOB:** 24 May 1990
**AGE:** 19 years
**POB:** Illinois
**ARMED WITH** Unarmed

**Beat:** 1723

Male
Black
5' 08"
150 lbs
Brown Eyes
Black Hair
Corn Rows Hair Style
Dark Complexion

NO PICTURE AVAILABLE

**Marks:** Tattoo Tatoo Star on Lower Left Arm

**INCIDENT**

**Arrest Date:** 24 July 2009 01:52
**Location:** 3716 W Wilson Ave
Chicago, IL 60625
304 - Street
**Holding Facility:** District 017 Lockup
**Resisted Arrest?** No

**TRR Completed?** No
**Beat:** 1723

**Total No Arrested:** 1

**Dependent Children?** No

**Co-Arrests**      **Assoc Cases**

**DCFS Ward ?** No

**CHARGES**

1    Offense As Cited    **8-4-010(B)**
DISORDERLY CONDUCT - OFFENSIVE ACT OR GESTURE
Class  L -

**Victim**

State Of Illinois, Po Cmelka

**RECOVERED NARCOTICS**

NO NARCOTICS RECOVERED

IR #

**WARRANT**

NO WARRANT IDENTIFIED

CB #:17627889

Print Generated By: CAFFO, Vincent ( PC0V503 )     Page 1 of 5     04 APR 2014 01:28

powered by: CLEAR Technology

**Exhibit 11**

RFC 009267

**Chicago Police Department - ARREST Report**

CB #: 17627889

RUSSELL, Zay

## ARREST REPORTING

### NON-OFFENDER(S)

**VICTIM AND COMPLAINANT**

Name: STATE OF ILLINOIS, Po Cmelka

Injured? No    Deceased? No

DOB:

Age:

Hospitalized? No

Treated and Released? No

Comments:

### ARRESTEE VEHICLE

NO ARRESTEE VEHICLE INFORMATION ENTERED

### PROPERTIES

**Confiscated Properties :**
All confiscated properties are recorded in the e-Track System. This system can be queried by the inventory number to retrieve all official court documents related to evidence and/or recovered properties.

PROPERTIES INFORMATION FOR    RUSSELL, Zay,    NOT AVAILABLE IN THE AUTOMATED ARREST SYSTEM.

### INCIDENT NARRATIVE

(The facts for probable cause to arrest AND to substantiate the charges include, but are not limited to, the following)

EVENT#00515 IN SUMMARY ABOVE SUBJECT TAKEN INTO CUSTODY AFTER HE BECAME AGITATED, YELLING AND SCREAMING AND INCITING THE CROWD THAT BEGAN TO GATHER AT THE SCENE OF A SHOOTING. ABOVE WAS A WITNESS TO A SHOOTING AND WAS THE PASSENGER IN THE VAN. VAN 1998 PLYMOUTH VOYAGER OWNER NIVETH MARANO OF CHICAGO. GANG AFFILIATION CONSERVATIVE VICE LORD. NO USC. NO INVENTORY.

### COURT INFO

Desired Court Date:    03 September 2009
Branch: 23-4    5555 W GRAND - Room
Court Sgt Handle?  No
Initial Court Date:
Branch:         - Room
Docket #:

### BOND INFO

BOND INFORMATION NOT AVAILABLE

RFC 009268

CB #: 17627889

**Chicago Police Department - ARREST Report**

RUSSELL, Zav

### ARREST REPORTING

**ATTESTING OFFICER:**

I hereby declare and affirm, under penalty of perjury, that the facts stated herein are accurate to the best of my knowledge, information and/or belief.

Attesting Officer:      #16854     CMELKA, D V (PC0Z685)      24 JUL 2009 03:55

**ARRESTING OFFICER(S):**

|  |  |  | Beat |
|---|---|---|---|
| 1st Arresting Officer: | #16854 | CMELKA, D V (PC0Z685) | 1723 |
| 2nd Arresting Officer: | #16883 | NESTOROWICZ, P T (PC0X782) | 1754 |

**APPROVING SUPERVISOR:**


RFC 009269

**Chicago Police Department - ARREST Report**

CB #: 17627889

RUSSELL, Zay

## ARREST PROCESSING REPORT

**LOCKUP KEEPER PROCESSING**

| | |
|---|---|
| **Holding Facility:** District 017 Lockup | **Time Last Fed:** |
| **Received in Lockup:** | **Time Called:**       **Phone#:** |
| **Prints Taken:** | **Cell #:** |
| **Palmprints Taken:** | |
| **Photograph Taken:** | **Transport Details :** 2PO    1772    24-JUL-2009 02:13 |
| **Released from Lockup:** 24 July    2009 04:05 | |

| **VISUAL CHECK OF ARRESTEE** | **ARRESTEE QUESTIONNARIE** |
|---|---|
| | |

**RETURN TO HOLDING FACILITY COMMENTS:**

**QUESTIONNAIRE REMARKS:**

**LOCKUP KEEPER COMMENTS:**

**INTERVIEW LOG**

NO INTERVIEWS LOGGED

**VISITOR LOG**

NO VISITORS LOGGED

RFC 009270

**Chicago Police Department - ARREST Report**

CB #: 17627889

RUSSELL, Zay

## ARREST PROCESSING REPORT

**MOVEMENT LOG**

MOVEMENT LOG INFORMATION NOT AVAILABLE

**WC COMMENTS**

Watch Commander Comments:

**REL w/o CHARGING**

Subject was emotionally agitated due to his friend being shot & killed. Arrestee subsequently calmed down an cooperated with the preliminary investigators as well as assigned dectectives. It is the determination of the undersigned that justice would best be served by releasing the subject without charging.

**PROCESSING PERSONNEL**

ARRESTEE PROCESSING PERSONNEL:

APPROVAL PERSONNEL:

Beat

Release w/o Charging Appvl :   #142   ANDERSON, K B(PC0P402)   24 JUL 2009 04:01

RFC 009271