# CHICAGO POLICE DEPARTMENT
# CASE SUPPLEMENTARY REPORT

3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police - Bureau of Investigative Services Personnel Only)

**HR445323**

Case id : 7039009
Sup id : 7525673     CASR339

| PROGRESS | DETECTIVE SUP. APPROVAL COMPLETE |
|---|---|

| Last Offense Classification/Re-Classification | IUCR Code | Original Offense Classification | IUCR Code |
|---|---|---|---|
| HOMICIDE / First Degree Murder | 0110 | HOMICIDE / First Degree Murder | 0110 |

| Address of Occurrence | Beat of Occur | No of Victims | No of Offenders | No of Arrested | SCR No |
|---|---|---|---|---|---|
| 4628 N CENTRAL PARK AVE | 1723 | 1 | | 0 | |

| Location Type | Location Code | Secondary Location | Hate Crime |
|---|---|---|---|
| Street | 304 | | No |

| Date of Occurrence | Unit Assigned | Date RO Arrived | Fire Related? | Gang Related? | Domestic Related? |
|---|---|---|---|---|---|
| 24-JUL-2009 00:30 | 1723 | 24-JUL-2009 00:32 | NO | NO | NO |

| Reporting Officer | Star No | Approving Supervisor | Star No | Primary Detective Assigned | Star No |
|---|---|---|---|---|---|
| FOLINO JR, John | 20143 | PRUGAR, James | 2048 | PIETROWSKI, Arlen | 20244 |

| Date Submitted | Date Approved | Assignment Type |
|---|---|---|
| 14-AUG-2009 17:54 | 16-AUG-2009 12:56 | FIELD |

## THIS IS A FIELD INVESTIGATION PROGRESS REPORT

**VICTIM(S):**

### PATEL, Gaurav
Male / Asian/Pacific Islander / 21 Years
**DOB:** 08-AUG-1987
**RES:**
    Chicago  IL  60630

**SSN:**

                    IL

**SUSPECT(S)**

### KURI, Anthony
Male / White Hispanic / 20 Years
**DOB:** 22-OCT-1988
**DESCRIPTION:**    5'06-5'08, 140-160, Brown Hair, Shag Hair Style, Light Complexion
**SCAR MARKS:**    Spanish Cobra Tattoo on Lower Right Arm
**RES:**
    Chicago IL
**IDENTIFIED BY:**  Photo
**IR#:**    1664880

**GANG INFORMATION:**

-
        **LISTED CRIMINAL ORGANIZATION:**    Spanish Cobras
        **GANG IDENTIFIERS:**

### GOMEZ, David
Male / White Hispanic / 28 Years
**DOB:** 22-MAY-1981

**Exhibit 12**

**HR445323**

---

RFC 000558

HR445323

DETECTIVE SUP. APPROVAL COMPLETE

**DESCRIPTION:** 5'00-5'02, 190-210, Brown Hair, Short Hair Style, Brown Eyes

**SCAR MARKS:** 3 Dots Tattoo on Right Hand

**RES:**

Addison IL

**OTHER COMMUNICATIONS:**

Cellular Phone: PEMAIL

Other: PEMAIL

**IDENTIFIED BY:** Photo Video Tape

**IR#:** 1810580

**WEARING:** Black Hooded Sweatshirt With White T-Shirt

**RELATIONSHIP OF VICTIM TO OFFENDER:**

PATEL, Gaurav                                                  - Unknown

**GANG INFORMATION:**

-

**LISTED CRIMINAL ORGANIZATION:**   Spanish Cobras

**GANG IDENTIFIERS:**

**VICTIM INJURIES**

## PATEL, Gaurav

| Type | Weapon Used | Weapon Description |
|---|---|---|
| Gun Shot Wound | Handgun | Other - Handgun |
| Injured by Offender | | |

**CFD RESPONDING UNIT:** Cfd#32

**HOSPITAL:** Illinois Masonic

**INJURY TREATMENT:** D.O.A.

**PHYSICIAN NAME:** Dahman

**TRANSPORTED TO:**

## PATEL, Gaurav                                                  (Victim)

Transported To Illinois Masonic

**VEHICLE INFO:**

**Automobile, 1998 / Plymouth / Voyager / Hardtop, 4-Door**

Victim's VehicleVehicle TowedEvidence

**VIN:** 2P4GP44R3WR3WR804393

**YEAR (RANGE):**                1998

**COLOR(TOP/BOTTOM):** Maroon Or Burgundy / Maroon Or Burgundy

**DESCRIPTION:** Body Damage, Broken Glass

**OWNER:** Niveth Marano

**POSSESSOR/USER:** GAURAV PATEL

**LOCATION FOUND:** 3716 W. WILSON

**LICENSE:** A441304, Passenger Car, IL

**REASON:** Hold For Investigation

**LOCATION OF INCIDENT:**

4628 N Central Park Ave

Chicago IL 60625

304 - Street

RFC 000559

HR445323

DETECTIVE SUP. APPROVAL COMPLETE

| | |
|---|---|
| **DATE & TIME OF INCIDENT:** | 24-JUL-2009 00:30 |

**DEATH INFORMATION:**      **PATEL, Gaurav**         (Victim)

DATE OF DEATH: 24-JUL-2009 01:10

**AUTOPSY
INFORMATION:**

**HOMICIDE (SUSPECT)
INFORMATION:**

**KURI, Anthony**

Identified Through Investigation

**GOMEZ, David**

Identified Through Investigation

| | |
|---|---|
| **MOTIVE CODE(S):** | Gangs |
| **METHOD CODE(S):** | Person(S) Shot |
| **CAU CODE(S):** | Gang Related |

**OTHER PROPERTY
RECOVERED:**

INV #: **11737150**
**Evidence**
One Expended Cbc .380 Caliber Auto Cartridge Case, Marker #1
**QUANTITY:** 1
**LOCATION FOUND:** RECOVERED FROM STREET PAVEMENT AT 4628 N. CENTRAL PARK AVE.

INV #: **11737150**
**Evidence**
One Expended Cbc .380 Auto Cartridge Case, Marker #2
**QUANTITY:** 1
**LOCATION FOUND:** RECOVERED FROM CURB PAVEMENT AT 4628 N. CENTRAL PARK AVE.

INV #: **11737150**
**Evidence**
One Expended Cbc .380 Caliber Auto Cartridge Case, Marker #3
**QUANTITY:** 1
**LOCATION FOUND:** RECOVERED FROM GRASS PARKWAY AT 4628 N. CENTRAL PARK AVE.

INV #: **11737150**
**Evidence**
One Expended Cbc .380 Auto Cartridge Case, Marker #4
**QUANTITY:** 1
**LOCATION FOUND:** RECOVERED FROM GRASS PARKWAY AT 4628 N. CENTRAL PARK AVE.

INV #: **11737150**
**Evidence**
One Expended Cbc .380 Atuo Cartridge Case, Marker #5
**QUANTITY:** 1
**LOCATION FOUND:** RECOVERED FROM GRASS PARKWAY AT 4628 N. CENTRAL PARK AVE.

INV #: **11737150**
**Evidence**

RFC 000560

One Expended Cbc .380 Auto Cartridge Case, Marker #6
**QUANTITY:** 1
**LOCATION FOUND:** RECOVERED FROM GRASS PARKWAY AT 4628 N. CENTRAL PARK AVE.

**INV #: 11737154**
**Evidence**
Glass Shard Sample, Marker **#7**
**LOCATION FOUND:** RECOVERED FROM STREET PAVEMENT

**INV #: 11737165**
**Evidence**
**PROPERTY TYPE:** BICYCLES

**MODEL:** K6294b071
One Blue And Silver Colored Huffy Brand Bicycle, Marker #8
**SERIAL:** BR07119953
**QUANTITY:** 1
**LOCATION FOUND:** SIDEWALK PAVEMENT

**INV #: 11737156**
**Evidence**
One Fired Bullet, Marker #9
**QUANTITY:** 1
**LOCATION FOUND:** INSIDE PLYMOUTH GRAND VOYAGER IL PLATE #A441304-FRONT PASSENGER FLOORBOARD

**INV #: 11737156**
**Evidence**
One Metal Fragment, Marker #10
**QUANTITY:** 1
**LOCATION FOUND:** INSIDE PLYMOUTH GRAND VOYAGER IL PLATE #A441304-DRIVER'S SIDE FLOORBOARD

**INV #: 11737156**
**Evidence**
One Metal Fragment, Marker #11
**QUANTITY:** 1
**LOCATION FOUND:** STREET PAVEMENT UNDER PLYMOUTH VOYAGER IL PLATE #A441304

**INV #: 11737158**
**Evidence**
Glass Shard Sample
**QUANTITY:** 1
**LOCATION FOUND:** INSIDE PLYMOUTH GRAND VOYAGER IL PLATE #A441304 FROM PASSENGER'S SIDE SLIDING DOOR

**INV #: 11737161**
**Evidence**
Blood Sample
**QUANTITY:** 1
**LOCATION FOUND:** FROM BLOOD ON REAR PASSENGER'S SIDE FLOORBOARD FROM PLYMOUTH VOYAGER IL PLATE #A441304

RFC 000561

DETECTIVE SUP. APPROVAL COMPLETE

INV #:  **11737161**
**Evidence**
Blood Sample
**QUANTITY:**  1
**LOCATION FOUND:**  FROM BLOOD ON FRONT FLOOR CARPET BETWEEN DRIVER AND PASSENGER SEATS FROM PLYMOUTH VOYAGER IL PLATE #A441304

INV #:  **11737162**
One Black Plastic Replica Gun With Blood Stains, Marker #12
**QUANTITY:**  1
**LOCATION FOUND:**  FROM FRONT FLOORBOARD OF PLYMOUTH VOYAGER IL PLATE #A441304

**VEHICLE(S) DAMAGED:**       **Automobile, 1998 / Plymouth / Voyager / Hardtop, 4-Door**
**Evidence**
**VIN:**  2P4GP44R3WR3WR804393
**YEAR - YEAR RANGE END:**  1998

**COLOR (TOP/BOTTOM):**  Maroon Or Burgundy / Maroon Or Burgundy
**DESCRIPTION:**  Body Damage, Broken Glass
**OWNER:**  Niveth Marano
**POSSESSOR/USER:**  GAURAV PATEL
**LOCATION FOUND:**  3716 W. WILSON
**LICENSE:**  A441304, Passenger Car, IL
**REASON:**  Hold For Investigation

**PERSONNEL ASSIGNED:**

**Assisting Detective/Youth Inv.**

| | | |
|---|---|---|
| SZWEDO, Frank A | # 20813 | **BEAT:** 5522 |

**Assisting Officer**

| | | |
|---|---|---|
| NESTOROWICZ, Piotr T | # 16883 | **BEAT:** 1754 |
| ZALINSKI, Kimberly S | # 5192 | **BEAT:** 1795 |
| PATEL, Gautambha S | # 15811 | **BEAT:** 1772 |
| VENTURA, Marr C | # 4291 | **BEAT:** 1772 |

**Case Supervisor On Scene**

| | | |
|---|---|---|
| MILLS, Thomas | # 2020 | **BEAT:** 5510 |

**Detective/Investigator**

| | |
|---|---|
| PIETROWSKI, Arlen J | # 20244 |
| VALKNER, John L | # 20111 |
| KOLMAN, Thomas | # 20448 |

**Forensic Investigator**

| | | |
|---|---|---|
| SZWED, Eric P | # 4781 | **BEAT:** 5802 |

**Guard Scene**

| | | |
|---|---|---|
| NIEDZIELAK, Patrick M | # 4415 | **BEAT:** 1731 |
| MC CORMACK, Kathleen A | # 19924 | **BEAT:** 1706A |
| PINZINE, Michael R | # 17297 | **BEAT:** 1706A |
| ESQUIVEL, Richard M | # 7192 | **BEAT:** 1731 |

**Reporting Officer**

RFC 000562

DETECTIVE SUP. APPROVAL COMPLETE

| PEELE, Raena L | # 4919 | **BEAT:** 1723 |
| CMELKA, Darlene V | # 16854 | **BEAT:** 1723 |

**WITNESS(ES):**

### RUSSELL, Demetria

Female / Black / 20 Years

**DOB:** 06-MAR-1989

**RES:** 4628 N Central Park Ave 1st
Chicago IL

### RUSELL, Zay

Male / Black / 19 Years

**DOB:** 24-MAY-1990

**RES:** 4628 N Central Park Ave
Chicago IL 60625

### RUSSELL, Antionett

Female / Black / 13 Years

**DOB:** 15-NOV-1995

**RES:** 4628 N Central Park Ave 1st
Chicago IL

### SIECZKO, Anna

Female / White / 52 Years

**DOB:** 09-MAR-1957

**RES:** 4607 N Central Park Ave 1st
Chicago IL

**OTHER INDIVIDUALS INVOLVED:**

### FERNANDEZ, Tony

(Additional Victim)

Male / White Hispanic / 23 Years

**DOB:** 09-MAR-1986

**RES:**
Chicago IL

### GANG INFORMATION:

-

**LISTED CRIMINAL ORGANIZATION:** Latin Kings
**GANG IDENTIFIERS:** Victim/Witness Statement

RFC 000563

HR445323

DETECTIVE SUP. APPROVAL COMPLETE

| ADDITIONAL VICTIM INJURIES | **FERNANDEZ, Tony** | | |
|---|---|---|---|

| | **Type** | **Weapon Used** | **Other Weapon Used** |
|---|---|---|---|
| | Gun Shot Wound | Handgun | Other - Handgun |
| | Injured by Offender | | |

**CFD RESPONDING UNIT:** Cfd #48

**HOSPITAL:** Illinois Masonic
**PHYSICIAN NAME:** Dr.Dahman

**CRIME CODE SUMMARY:**

0110 - Homicide - First Degree Murder
041A - Battery - Aggravated: Handgun

**IUCR ASSOCIATIONS:**

0110 - Homicide - First Degree Murder

| PATEL, Gaurav | ( Victim ) |
|---|---|
| GOMEZ, David | ( Suspect ) |

041A - Battery - Aggravated: Handgun

| FERNANDEZ, Tony | ( Additional Victim ) |
|---|---|
| GOMEZ, David | ( Suspect ) |

**REPORT DISTRIBUTIONS:**   No Distribution

**INVESTIGATION:**

This is an Area 5 Detective Division PROGRESS Supplementary Report.

This report should be read in conjunction with all other reports generated under this RD#.

RD#
HR-445323

SUSPECT(S):
GOMEZ, David aka RAMOS, David "Little C" & "Little David"   "Not in Custody"
M/4/18
DOB: 22-MAY-1991
Address: 334 W. Dale
Addison, IL.
IR# 1810580

GANG AFFILIATION:
Spanish Cobra

KURI, Anthony aka "Little Rowdy" & "Rowdy"   "Not in Custody"
M/4/20
DOB: 22-OCT-1988
Address: 3801 W. Ainslie #1
IR# 1664880
SID# 50831700

RFC 000564

DETECTIVE SUP. APPROVAL COMPLETE

IDOC# R56779

GANG AFFILIATION:
Spanish Cobra

WITNESSES:
RUSSELL, Zay        "Eye Witness"
M/2/19
DOB: 24-MAY-1990
Address: 4628 N. Central Park Ave


IR# 1643772

FERNANDEZ, Tony        "Eye Witness / Victim 041A"
M/4/23
DOB: 09-MAR-1986
Address: 4630 N. Harding Ave

IR# 1335813

INVESTIGATION:
On 01 August 2009, at 2055 hours, the Reporting Detectives relocated to Illinois Masonic Hospital in an effort to continue this homicide investigation and interview Tony FERNANDEZ. The Reporting Detectives met with Tony FERNANDEZ in his Hospital Room#7240 and requested an interview. Having knowledge of the previous altercation on 23 July 2009 at approximately 2330 hours, a series of DATA Warehouse photographs were obtained in a MUG SHOT format to present to FERNANDEZ. Tony FERNANDEZ stated he would be able to identify the two offenders in this incident and was willing to cooperate with this investigation.

On 01 August 2009, the Reporting Detectives presented a CPD Advisory Form to Tony FERNANDEZ. After reading the advisory form, FERNANDEZ signed it and agreed to look at the photo-arrays.

On 01 August 2009, the Reporting Detectives presented two (2) separate photo-arrays and FERNANDEZ stated the two offenders in this incident were not present in either photo-array.

These photo-arrays were inventoried in Area Five under Inventory# 11747184.

This investigation was continued.

On 02 August 2009, the Reporting Detectives contacted witness Zay RUSSELL. Zay RUSSELL agreed to be interviewed and stated he wanted to cooperate with this investigation.

RUSSELL stated the night of this incident he did not like the way the police treated him and he refused to say anything regarding his observations for that night.

RUSSELL stated he knows the two offenders in this incident and has known them for a few years. RUSSELL then provided the names of "Lil David" and "Rowdy" to the Detectives and agreed to

RFC 000565

DETECTIVE SUP. APPROVAL COMPLETE

continue to cooperate.

On 02 August 2009, the Reporting Detectives and assisting detectives working with the 017th District Officer's, C. Gonzalez#10830 and A. Acevedo#15760, assisting in this homicide investigation viewed the video/POD footage of the physical altercation the victim PATEL and FERNANDEZ had with the rival Cobra street gang earlier that evening. Having worked in the 017th District Tactical Team and knowledge of the Cobra street gang in area of Lawrence Ave and Lawndale Ave from arrests, field interviews and investigations, Officer's Gonzalez and Acevedo indentified Anthony KURI (IR#1664880) as "Rowdy" and David GOMEZ (IR#1810580) as "Lil David".

On 02 August 2009, at 2100 hours, the Reporting Detectives relocated to Illinois Masonic Hospital and met with Tony FERNANDEZ. FERNANDEZ was presented a CPD Advisory form where he signed the form agreeing to view photo-arrays.

On 02 August 2009, at 2105 hours, FERNANDEZ viewed one photo-array and positively identified Anthony KURI (IR#1664880) as "ROWDY" and as the subject he observed riding the Huffy bicycle and as being in the company of another male Hispanic subject when this male Hispanic that was standing on the pegs of that bicycle, jumped off the bike and while armed with a handgun fired numerous gunshots at occupants of the van subsequently killing Gaurav PATEL and injuring him.

FERNANDEZ circled the image of KURI and signed and dated the photograph showing his identification.

FERNANDEZ informed the Reporting Detectives that he was not feeling well at this time and was in pain. FERNANDEZ stated he was tired and wanted to sleep and did not want to look at anymore photographs at this time. FERNANDEZ requested the Detectives to come back tomorrow to continue this investigation. The Reporting Detectives returned to Area Five.

On 02 August 2009, at 2140 hours, the Reporting Detectives met with Zay RUSSELL at 4628 N. Central Park Ave. RUSSELL was presented a CPD Advisory Form and after reading and signing this form agreed to view two separate photo-arrays.

On 02 August 2009, at 2145 hours, Zay RUSSELL positively identified Anthony KURI (IR#1664880) as "ROWDY" and as the subject riding the Huffy bicycle with "Lil David" standing on the rear pegs, as "Lil David" jumped off the bike armed with a handgun and fired gunshots at occupants of the van. RUSSELL circled the photograph of KURI, signing and dating the image.

On 02 August 2009, at 2150 hours, Zay RUSSELL was presented the second photo-array and positively identified David GOMEZ (IR#1810580) as the offender standing on the pegs of the Huffy bicycle in the company of KURI, and who jumped off the bicycle armed with a handgun and fired that handgun numerous times at occupants of the van subsequently killing Gaurav PATEL and injuring Tony FRNANDEZ.

Zay RUSSELL circled, signed and dated the photograph of David GOMEZ acknowledging his identification.

This investigation was continued.

HR445323
DETECTIVE SUP. APPROVAL COMPLETE

On 03 August 2009, at 1940 hours, the Reporting Detective relocated to Illinois Masonic Hospital and asked Tony FERNANDEZ to look at another photo-array. FERNANDEZ stated he was feeling much better and wanted to continue to cooperate with this investigation.

On 03 August 2009, at 1945 hours, Tony FERNANDEZ was presented a photo-array and identified David GOMEZ (IR#1810580) as the subject he observed with the handgun. FERNANDEZ requested to view larger photographs of the subjects in this photo-array. The Reporting Detectives presented FERNANDEZ with six (6) individual Data Warehouse photographs of the subjects contained in the original photo-array. After viewing six individual photographs contained in the photo-array, FERNANDEZ positively identified David GOMEZ as the subject firing the handgun at him and occupants in the van, subsequently killing Gaurav PATEL.

FERNANDEZ circled, signed and dated the image acknowledging his identification.

The Reporting Detectives returned to Area Five and inventoried the CPD Advisory Forms and Photo-spreads under Inventory#11747184.

Investigative Alerts were subsequently issued for the arrests of GOMEZ (#299961054) and KURI (#299961095).

This investigation was continued.

Report of:
Det. John L. Folino, Jr. #20143
Det. Tim McDermott #21084

RFC 000567