## LINEUP/PHOTOSPREAD ADVISORY FORM
### CHICAGO POLICE DEPARTMENT

I, Tony Fernandez _____, agree to view a lineup/photospread at
(Print Name)

Illinois Masonic Hospital Rm 7240 on 01 Aug 2009.
(Location)                              (Date)

* I understand that the suspect may or may not be in the lineup/photospread.

* I understand that I am not required to make an identification.

* I do not assume that the person administering the lineup/photospread knows which person is the suspect.

X _____
Signature of person viewing lineup/photospread

01 Aug 2009                    2055 Hrs
Date                           Time

McDermott/Folino              21084/20143
Detective /Officer             Star No.

HR 445323
RD No.

CPD-11.900 (11/03)

**Exhibit 13**

RFC 002948