Case: 1:13-cv-01653 Document #: 182-15 Filed: 09/12/17 Page 1 of 8 PageID #:1747

# CHICAGO POLICE DEPARTMENT
# CASE SUPPLEMENTARY REPORT

3510 S. Michigan Avenue, Chicago, Illinois 60653
For use by Chicago Police - Bureau of Investigative Services Personnel Only)

**HR445323**

Case id : 7039009
Sup id : 7530481    CASR339

| PROGRESS | DETECTIVE SUP. APPROVAL COMPLETE |
|---|---|

| Last Offense Classification/Re-Classification | IUCR Code | Original Offense Classification | IUCR Code |
|---|---|---|---|
| **BATTERY / Aggravated: Handgun** | **041A** | HOMICIDE / First Degree Murder | 0110 |

| Address of Occurrence | Beat of Occur | No of Victims | No of Offenders | No of Arrested | SCR No |
|---|---|---|---|---|---|
| **4628 N CENTRAL PARK AVE** | **1723** | 1 | | 0 | |

| Location Type | Location Code | Secondary Location | Hate Crime |
|---|---|---|---|
| **Street** | **304** | | No |

| Date of Occurrence | Unit Assigned | Date RO Arrived | Fire Related? | Gang Related? | Domestic Related? |
|---|---|---|---|---|---|
| **24-JUL-2009 00:30** | **1723** | 24-JUL-2009 00:32 | NO | NO | NO |

| Reporting Officer | Star No | Approving Supervisor | Star No | Primary Detective Assigned | Star No |
|---|---|---|---|---|---|
| MC DERMOTT, Timothy | 21084 | CHUDZIK, Walter | 2273 | PIETROWSKI, Arlen | 20244 |
| Date Submitted | | Date Approved | | Assignment Type | |
| 06-AUG-2009 00:58 | | 06-AUG-2009 01:01 | | FIELD | |

## THIS IS A FIELD INVESTIGATION PROGRESS REPORT

**VICTIM(S):**

### PATEL, Gaurav
Male / Asian/Pacific Islander / 21 Years
**DOB:** 08-AUG-1987
**RES:** 6414 N Richmond St
Chicago IL 60630

**SSN:**

**DLN/ID:** ' - IL

**SUSPECT(S)**

### KURI, Anthony
Male / White Hispanic / 20 Years
**DOB:** 22-OCT-1988
**DESCRIPTION:** Light Complexion
**RES:**
Chicago IL
**IDENTIFIED BY:** Photo
**IR#:** 1664880

### GOMEZ, David
Male / White Hispanic / 28 Years
**DOB:** 22-MAY-1981
**DESCRIPTION:** Short Hair Style,
**RES:**
Addison IL
**IDENTIFIED BY:** Photo Video Tape
**IR#:** 1810580
**WEARING:** Black Hooded Sweatshirt With White T-Shirt

**HR445323**

**Exhibit 15**

RFC 000550

DETECTIVE SUP. APPROVAL COMPLETE

**RELATIONSHIP OF VICTIM TO OFFENDER:**

PATEL, Gaurav                                                              - Unknown

**VICTIM INJURIES**        **PATEL, Gaurav**

| Type | Weapon Used | Weapon Description |
|---|---|---|
| Gun Shot Wound Injured by Offender | Handgun | Other - Handgun |

**CFD RESPONDING UNIT:** Cfd#32

**HOSPITAL:** Illinois Masonic
**INJURY TREATMENT:** D.O.A.

**PHYSICIAN NAME:** Dahman

**TRANSPORTED TO:**        **PATEL, Gaurav**                                (Victim)

Transported To Illinois Masonic

**VEHICLE INFO:**        **Automobile, 1998 / Plymouth / Voyager / Hardtop, 4-Door**
Victim's VehicleVehicle TowedEvidence
**VIN:** 2P4GP44R3WR3WR804393
**YEAR (RANGE):**                1998
**COLOR(TOP/BOTTOM):** Maroon Or Burgundy / Maroon Or Burgundy
**DESCRIPTION:** Body Damage, Broken Glass
**OWNER:** Niveth Marano
**POSSESSOR/USER:** GAURAV PATEL
**LOCATION FOUND:** 3716 W. WILSON

**LICENSE:** A441304, Passenger Car, IL
**REASON:** Hold For Investigation

**LOCATION OF INCIDENT:**        4628 N Central Park Ave
Chicago IL 60625
304 - Street

**DATE & TIME OF INCIDENT:**        24-JUL-2009 00:30

**DEATH INFORMATION:**        **PATEL, Gaurav**                                (Victim)

**DATE OF DEATH:** 24-JUL-2009 01:10

**MOTIVE CODE(S):**        Gangs

**METHOD CODE(S):**        Person(S) Shot

**CAU CODE(S):**        Gang Related

**OTHER PROPERTY RECOVERED:**        **INV #: 11737150**
**Evidence**
One Expended Cbc .380 Caliber Auto Cartridge Case, Marker #1
**QUANTITY:** 1
**LOCATION FOUND:** RECOVERED FROM STREET PAVEMENT AT 4628 N. CENTRAL PARK AVE.

**INV #: 11737150**

RFC 000551

DETECTIVE SUP. APPROVAL COMPLETE

**Evidence**

One Expended Cbc .380 Auto Cartridge Case, Marker #2

**QUANTITY:** 1

**LOCATION FOUND:** RECOVERED FROM CURB PAVEMENT AT 4628 N. CENTRAL PARK AVE.

**INV #:** 11737150

**Evidence**

One Expended Cbc .380 Caliber Auto Cartridge Case, Marker #3

**QUANTITY:** 1

**LOCATION FOUND:** RECOVERED FROM GRASS PARKWAY AT 4628 N. CENTRAL PARK AVE.

**INV #:** 11737150

**Evidence**

One Expended Cbc .380 Auto Cartridge Case, Marker #4

**QUANTITY:** 1

**LOCATION FOUND:** RECOVERED FROM GRASS PARKWAY AT 4628 N. CENTRAL PARK AVE.

**INV #:** 11737150

**Evidence**

One Expended Cbc .380 Atuo Cartridge Case, Marker #5

**QUANTITY:** 1

**LOCATION FOUND:** RECOVERED FROM GRASS PARKWAY AT 4628 N. CENTRAL PARK AVE.

**INV #:** 11737150

**Evidence**

One Expended Cbc .380 Auto Cartridge Case, Marker #6

**QUANTITY:** 1

**LOCATION FOUND:** RECOVERED FROM GRASS PARKWAY AT 4628 N. CENTRAL PARK AVE.

**INV #:** 11737154

**Evidence**

Glass Shard Sample, Marker #7

**LOCATION FOUND:** RECOVERED FROM STREET PAVEMENT

**INV #:** 11737165

**Evidence**

**PROPERTY TYPE:** BICYCLES

**MODEL:** K6294b071

One Blue And Silver Colored Huffy Brand Bicycle, Marker #8

**SERIAL:** BR07119953

**QUANTITY:** 1

**LOCATION FOUND:** SIDEWALK PAVEMENT

**INV #:** 11737156

**Evidence**

One Fired Bullet, Marker #9

**QUANTITY:** 1

**LOCATION FOUND:** INSIDE PLYMOUTH GRAND VOYAGER IL PLATE #A441304-FRONT PASSENGER FLOORBOARD

RFC 000552

HH445323

DETECTIVE SUP. APPROVAL COMPLETE

**INV #:** **11737156**
Evidence
One Metal Fragment, Marker #10
**QUANTITY:** 1
**LOCATION FOUND:** INSIDE PLYMOUTH GRAND VOYAGER IL PLATE #A441304-DRIVER'S SIDE FLOORBOARD

**INV #:** **11737156**
Evidence
One Metal Fragment, Marker #11
**QUANTITY:** 1
**LOCATION FOUND:** STREET PAVEMENT UNDER PLYMOUTH VOYAGER IL PLATE #A441304

**INV #:** **11737158**
Evidence
Glass Shard Sample
**QUANTITY:** 1
**LOCATION FOUND:** INSIDE PLYMOUTH GRAND VOYAGER IL PLATE #A441304 FROM PASSENGER'S SIDE SLIDING DOOR

**INV #:** **11737161**
Evidence
Blood Sample
**QUANTITY:** 1
**LOCATION FOUND:** FROM BLOOD ON REAR PASSENGER'S SIDE FLOORBOARD FROM PLYMOUTH VOYAGER IL PLATE #A441304

**INV #:** **11737161**
Evidence
Blood Sample
**QUANTITY:** 1
**LOCATION FOUND:** FROM BLOOD ON FRONT FLOOR CARPET BETWEEN DRIVER AND PASSENGER SEATS FROM PLYMOUTH VOYAGER IL PLATE #A441304

**INV #:** **11737162**
One Black Plastic Replica Gun With Blood Stains, Marker #12
**QUANTITY:** 1
**LOCATION FOUND:** FROM FRONT FLOORBOARD OF PLYMOUTH VOYAGER IL PLATE #A441304

**VEHICLE(S) DAMAGED:** **Automobile, 1998 / Plymouth / Voyager / Hardtop, 4-Door**
Evidence
**VIN:** 2P4GP44R3WR3WR804393
**YEAR - YEAR RANGE END:** 1998

**COLOR (TOP/BOTTOM):** Maroon Or Burgundy / Maroon Or Burgundy
**DESCRIPTION:** Body Damage, Broken Glass
**OWNER:** Niveth Marano
**POSSESSOR/USER:** GAURAV PATEL

RFC 000553

DETECTIVE SUP. APPROVAL COMPLETE

**LOCATION FOUND:** 3716 W. WILSON
**LICENSE:** A441304, Passenger Car, IL
**REASON:** Hold For Investigation

**PERSONNEL ASSIGNED:**

**Assisting Detective/Youth Inv.**

| | | |
|---|---|---|
| SZWEDO, Frank A | # 20813 | **BEAT:** 5522 |

**Assisting Officer**

| | | |
|---|---|---|
| NESTOROWICZ, Piotr T | # 16883 | **BEAT:** 1754 |
| ZALINSKI, Kimberly S | # 5192 | **BEAT:** 1795 |
| PATEL, Gautambha S | # 15811 | **BEAT:** 1772 |
| VENTURA, Marr C | # 4291 | **BEAT:** 1772 |

**Case Supervisor On Scene**

| | | |
|---|---|---|
| MILLS, Thomas | # 2020 | **BEAT:** 5510 |

**Detective/Investigator**

| | |
|---|---|
| PIETROWSKI, Arlen J | # 20244 |
| VALKNER, John L | # 20111 |
| KOLMAN, Thomas | # 20448 |

**Forensic Investigator**

| | | |
|---|---|---|
| SZWED, Eric P | # 4781 | **BEAT:** 5802 |

**Guard Scene**

| | | |
|---|---|---|
| NIEDZIELAK, Patrick M | # 4415 | **BEAT:** 1731 |
| MC CORMACK, Kathleen A | # 19924 | **BEAT:** 1706A |
| PINZINE, Michael R | # 17297 | **BEAT:** 1706A |
| ESQUIVEL, Richard M | # 7192 | **BEAT:** 1731 |

**Reporting Officer**

| | | |
|---|---|---|
| PEELE, Raena L | # 4919 | **BEAT:** 1723 |
| CMELKA, Darlene V | # 16854 | **BEAT:** 1723 |

**WITNESS(ES):**

## RUSSELL, Antionett

Female / Black / 13 Years
**DOB:** 15-NOV-1995
**RES:**                                  1st
       Chicago  IL

## SIECZKO, Anna

Female / White / 52 Years
**DOB:** 09-MAR-1957
**RES:**                                  1st
       Chicago  IL

## RUSELL, Zay

Male / Black / 19 Years
**DOB:** 24-MAY-1990
**RES:**
       Chicago  IL  60625

RFC 000554

HR445323

DETECTIVE SUP. APPROVAL COMPLETE

773-588-3626

**RUSSELL, Demetria**

Female / Black / 20 Years

**DOB:** 06-MAR-1989

**RES:**                                   1st

Chicago IL

**OTHER INDIVIDUALS INVOLVED:**

**FERNANDEZ, Tony**                          (Additional Victim)

Male / White Hispanic / 23 Years

**DOB:**  09-MAR-1986

**RES:**

Chicago IL

**GANG INFORMATION:**

-

**LISTED CRIMINAL ORGANIZATION:**   Latin Kings

**GANG IDENTIFIERS:**   Victim/Witness Statement

**ADDITIONAL VICTIM INJURIES**

**FERNANDEZ, Tony**

| Type | Weapon Used | Other Weapon Used |
|------|-------------|-------------------|
| Gun Shot Wound Injured by Offender | Handgun | Other - Handgun |

**CFD RESPONDING UNIT:** Cfd #48

**HOSPITAL:**  Illinois Masonic

**PHYSICIAN NAME:**   Dr.Dahman

**CRIME CODE SUMMARY:**

041A - Battery - Aggravated: Handgun

0110 - Homicide - First Degree Murder

**IUCR ASSOCIATIONS:**

0110 - Homicide - First Degree Murder

PATEL, Gaurav                          ( Victim )

GOMEZ, David                                     ( Suspect )

041A - Battery - Aggravated: Handgun

FERNANDEZ, Tony                          ( Additional Victim )

GOMEZ, David                                     ( Suspect )

**REPORT DISTRIBUTIONS:**

No Distribution

RFC 000555

**HR445323**

DETECTIVE SUP. APPROVAL COMPLETE

---

**INVESTIGATION:**

THIS IS AN AREA 5 HGS PROGRESS SUPPLEMENTARY REPORT. THIS REPORT IS A SUMMARY AND NOT A VERBATIM ACCOUNT. THIS REPORT SHOULD BE READ INCONJUNCTION WITH ALL OTHER REPORTS GENERATED UNDER THIS RD#.

RD NUMBER:
HR-445323

DATE & TIME ASSIGNED:
24 Jul 2009 @ 0045hrs

VICTIM:                    (Deceased)
PATEL, Gaurav
M/6/21 DOB 24 Apr 1987
6414 N. Richmond
SS#
DL# P34029387117 (IL)
IR# 1564667
M.E.# 370Jul09

ADDITIONAL VICTIMS:
FERNANDEZ, Tony
M/4/23 DOB 09 Mar 1986

IR# 1335813

EVIDENCE:
Inventory #11737150
(1) One expended CBC .380 auto cartridge case recovered from street pavement at 4628 N. Central Park, Marker #1

(1) One expended CBC .380 auto cartridge case recovered from curb pavement at 4628 N. Central Park, Marker #2

(1) One expended CBC .380 auto cartridge case recovered from grass parkway at 4628 N. Central Park, Marker #3

(1) One expended CBC .380 auto cartridge case recovered from grass parkway at 4628 N. Central Park, Marker #4

(1) One expended CBC .380 auto cartridge case recovered from grass parkway at 4628 N. Central Park, Marker #5

(1) One expended CBC .380 auto cartridge case recovered from grass parkway at 4628 N. Central Park, Marker #6

Inventory #11737154
Glass shard sample from street pavement, Marker #7

---

RFC 000556

Inventory #11737156
(1) One fired bullet from inside Plymouth Voyager IL plate #A441304 from the front passenger's side floorboard, Marker #9

(1) One Metal fragment from inside Plymouth Voyager, IL plate #A441304 from the driver's side floorboard, Marker #10

(1) One Metal fragment from street pavement under Plymouth Voyager, IL plate #A441304, Marker #11

Inventory #11737158
Glass shard sample from victim's Plymouth Voyager, IL plate #A441304, from passenger's side sliding door

Inventory #11737161
Blood samples from blood on rear passenger's side floorboard from victim's Plymouth Voyager, IL plate #A441304

Blood samples from blood on front floor carpet between driver and passenger seats from victim's Plymouth Voyager, IL plate #A441304

Inventory #11737162
(1) One black plastic replica gun with blood stains from the front floorboard of victim's Plymouth Voyager, IL plate #A441304, Marker #12

Inventory #11737165
(1) One blue and silver colored Huffy brand bicycle Model #K6294B071, Serial #BR07119953 recovered from the sidewalk pavement, Marker #8

Inventory #11737168
(1) Medium copper jacketed bullet recovered from the M.E.'S office from the body of Gaurav PATEL

In continuation of the Gaurav PATEL homicide investigation, on 06-Aug-2009, the R/D submitted the above listed evidence to the Illinois State Police Crime Lab for testing and analysis.

The report of,
Detective T. McDermott #21084
Detective J. Folino #20143

RFC 000557