## ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) * 1-(800) 255-3323 (TDD)

Pat Quinn
*Governor*

April 13, 2010
**LABORATORY REPORT**

Jonathon E. Monken
*Acting Director*

DETECTIVE TIMOTHY MC DERMOTT #21084
CHICAGO PD UNIT 650
DETECTIVE DIVISION, AREA 5
5555 WEST GRAND
CHICAGO IL 60639

Laboratory Case #C09-030872
RD #HR445323

OFFENSE: Murder
SUSPECTS: David Gomez/Anthony Kuri
VICTIMS: Gaurav Patel/Tony Fernandez

The following evidence was received by the Forensic Science Center at Chicago on August 12, 2009:
**Inventory# 11737165**

| EXHIBIT | ITEM SUBMITTED |
|---------|----------------|
| 1 | One (1) bicycle |

**EXAMINATION AND RESULTS:**
Examination of Exhibit 1 revealed latent impressions suitable for comparison. Comparison of the suitable latent impressions to the copies of the fingerprint and palmprint standards marked Anthony (Jeremy) Kuri (IR1664880) and David Gomez (IR 1810580) did not reveal an identification.

**REMARKS:**
A suitable latent impression from Exhibit 1 was lifted and labeled Exhibit 1B. The lift will be returned with the original exhibit. Exhibit 1B should be resubmitted if additional examination becomes necessary. Photographic copies of the suitable latent impressions from Exhibit 1 are retained on file.

The evidence will be returned at the Forensic Science Center at Chicago.

Respectfully submitted,

*E. I. Giacometti*

Eleanor L Giacometti
Forensic Scientist

cc: CHIEF, DET. DIV. CRIME ANALYSIS UNIT 601
ASA LISETTE MOJICA-ROOM 11B32-COOK CO SA

**Exhibit 16**

HR445323

RFC 000142