## ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) * 1-(800) 255-3323 (TDD)

Pat Quinn
*Governor*

Jonathon E. Monken
*Director*

January 26, 2010

**LABORATORY REPORT**

DETECTIVE TIMOTHY MC DERMOTT #21084
CHICAGO PD UNIT 650
DETECTIVE DIVISION, AREA 5
5555 WEST GRAND
CHICAGO IL 60639

Laboratory Case #C09-030872
RD #HR445323

OFFENSE:   Murder
SUSPECTS:  David Gomez/Anthony Kuri
VICTIMS:   Gaurav Patel/Tony Fernandez

The following evidence was received by the Forensic Science Center at Chicago on August 12, 2009:
**Inventory# 11737165**

| EXHIBIT | DESCRIPTION |
|---|---|
| 1A | Swab and cutting from bike handlebars |

The following evidence was received by the Forensic Science Center at Chicago on September 16, 2009:
**Inventory# 11783793**

| EXHIBIT | DESCRIPTION |
|---|---|
| 12 | Buccal standard from Anthony Kuri |

The following evidence was received by the Forensic Science Center at Chicago on October 22, 2009:
**Inventory# 11822934**

| EXHIBIT | DESCRIPTION |
|---|---|
| 13 | Buccal standard from David Gomez |

### RESULTS
DNA from Exhibits 1A, 12 and 13 was amplified using the Polymerase Chain Reaction (PCR) and profiled at the following loci: D3S1358, vWA, FGA, D8S1179, D21S11, D18S51, D5S818, D13S317, D7S820, D16S539, TH01, TPOX, CSF1PO and Amelogenin.

A mixture of human DNA profiles was identified in Exhibit 1A which was interpreted as a mixture of at least three people. David Gomez cannot be excluded from having contributed to this mixed DNA profile. Anthony Kuri can be excluded as having contributed to this mixed DNA profile.

**Exhibit 17**

RFC 001752

CHICAGO PD UNIT 650
Laboratory Case #C09-030872                    -2-                    January 26, 2010

**RESULTS** (continued)
Approximately 1 in 18 Black, 1 in 12 White, or 1 in 9 Hispanic unrelated individuals cannot be excluded from having contributed to this mixed DNA profile at the D3S1358, vWA, D8S1179, D5S818, TH01 and TPOX loci.

The mixture of human DNA profiles identified in Exhibit 1A does not meet the necessary criteria to be entered into the CODIS system. This mixture of DNA profiles will not be searched against other DNA Index profiles.

See the attached table for a summary of observed alleles. Alleles in ( ) may be present.

**REQUESTS**
For results of previous biological examinations, please refer to the laboratory report by Forensic Scientist Debra L. Kot from the Forensic Science Center at Chicago.

If you have any questions regarding this report, please feel free to contact me.

**EVIDENCE DISPOSITION**
The DNA evidence from this case will be returned to the Chicago Police Department Evidence and Recovered Property Section.

Respectfully submitted,

Lynette Wilson
Forensic Scientist

Attachment (s)

cc:  CHIEF, DET. DIV. CRIME ANALYSIS UNIT 601
     ASA LISETTE MOJICA, RM. 11B32-COOK CO SA

RFC 001753