# Transcript of the Testimony of **Timothy McDermott**

**Date:** December 15, 2015

**Case:** Anthony Kuri v. The City of Chicago, et al.

Printed On: January 29, 2016

Siebert and Associates Court Reporters, Inc.
Phone:773 851-7779
e-mail:cmsreporters@comcast.net

**Exhibit 18**

55

A.   I believe it is the CLEAR System.

Q.   Now, during the course of your investigation, did you deal with an individual by the name of Addul lack Kawasaki?

A.   Yes.

Q.   And what -- prior to your involvement in the Patel homicide investigation, did you know Abdul Wachaa?

A.   I don't recall specifically if that was our first meeting with Abdul or if that was one of the subsequent ones, but I dealt with Abdul a couple of times.

Q.   And how in what capacity did you deal with him in this investigation?

A.   He -- there was something about a phone call, he claimed to have received a phone call from Zay in the car or immediately after the shooting or maybe he was on the phone during the event. So as almost a witness.

Q.   And how did you come to learn that that Abdul Wachaa had learned information over the phone from Zay Russell?

A.   I don't recall specifically how we learned that.

56

Q.    And in this case what was your first interaction with Mr. Wachaa, did you speak with him on the phone?

A.    I don't believe I spoke to him on the phone. I believe I spoke to him up in the Detective Division.

Q.    And how did that meeting come about?

A.    I believe he offered some information. It may have been to other officers who kind of, you know, unsure what to do or something, but yes, it was -- yes, specifically I don't recall how we were led to Abdul.

Q.    But you believe that your initial meeting with him took place at the police station?

A.    I believe so, yes.

Q.    Did he, just for lack of a better phrase, appear in front your desk, how was it that you met with him at the police station?

A.    Like I said he may have presented himself to other officers or, you know -- he may have -- he may have presented himself, saying, hey, I was talking to him on the phone when this happened.

57

But how specifically he was brought into my contact I don't recall.

Q. And what do you recall of that initial meeting with Mr. Wachaa?

A. Yes. Specifically my direct meeting with him was kind of weird. He kept asking me about my workouts. I mean on and on and on. It was actually kind of disturbing by the end of it. I mean how many times a week do I workout? How many times do I bench? Do I do regular curls? Or do I get in a preacher. I mean it was bizarre. He might have had me to arm wrestle at one point in time, too, yes, I'm positive he did.

Q. Is he someone who, by appearances, works out alot?

A. No.

Q. How would you describe him physically?

A. Just average.

Q. And apart from him inquiring as to your fitness routine, what do you recall of your first meeting with Mr. Wachaa?

A. That's pretty much my recollection of my first meeting with him.

58

Q.    And did he provide you with any information relating to the Patel homicide?

A.    I don't specifically believe he did. I think that the biggest thing to come out of that was that he was tight with Zay Russell.

Q.    Now, at the point where you met with Mr. Wachaa, had you already visited Mr. Fernandez at the hospital for the first time?

A.    I don't know.  I don't know specifically when Mr. Wachaa got involved in the investigation.

Q.    Had, at the time of your first meeting with Mr. Wachaa, had you met with Zay Russell?

A.    I don't recall specifically if we did or not.

Q.    And what else did Mr. Wachaa tell you during that encounter with him?

A.    I believe the substance of the thing was his phone conversation, it was either just after the shooting occurred or he was on the phone while the shooting was happening.

Q.    And did you document that interaction with Abdul Wachaa?

60

Q.   You stated that there was then either a second meeting or a second phone conversation with Mr. Wachaa?

A.   I believe so, yes.

Q.   And what do you recall -- do you recall if that was an in-person meeting or a phone conversation?

A.   I don't.  I don't.

Q.   What do you recall of that second interaction, whether it have been by phone or in person?

A.   Just at that point I believe we were trying to use Abdul, so we could track down Zay.

Q.   And did he agree to help make that happen?

A.   He did, I believe he helped us get Zay to the Grand Jury. He helped us locate Zay to get him to the Grand Jury.

Q.   So to -- now, I believe you said you have worked with Mr. Wachaa in connection with other investigations, is that accurate?

A.   Yes.

Q.   And in what capacity have you worked

88

Q. Now, this just looks like it is report that lists a bunch of evidence on pages 7 and 8, and then it concludes by saying that the reporting detective submitted the above listed evidence to the State Police Crime Lab, do you see that?

A. I do.

Q. Did you -- how does that work? Do you physically pack it all up and ship it?

A. Oh, no. From a crime scene, specifically a homicide scene, the evidence is collected by, I'm not even sure if they are still around anymore, they were FIs, forensic investigators, PFIs, police forensic investigators, they collect all of the evidence.

That evidence will sit until the detective does one of these and the -- there is another, I don't know if it was around at the time of this, but at the time I left there was also another report you had to generate in order for the stuff to move from storage to actually the sites where they are tested.

So if I wouldn't have done this

89

report that stuff would still be sitting in a warehouse somewhere.

Q. This is sort of like a letter of direction?

A. Yes.

Q. You are directing the evidence holding area people to send all of this stuff to the crime lab?

A. Correct.

Q. Now, one of the items that's listed on the last page is this blue and silver colored Huffy bike?

A. Yes. I see it.

Q. And did you ever view that bike?

A. I have no recollection of that bike. So I'm pretty safe to say I did not ever see that bicycle. I may have seen a photograph or something I saw at a later date, but physically being in the presence of the bike I have no recollection.

Q. And did you for purposes of sending stuff to the crime lab, did you just take the list of all of the evidence that had been recovered at the scene and, okay, here is the