# Transcript of the Testimony of **DETECTIVE JOHN Valkner**

**Date:** October 10, 2014

**Case:** Anthony Kuri v. The City of Chicago, et al.

Printed On: January 29, 2016

Siebert and Associates Court Reporters, Inc.
Phone:773 851-7779
e-mail:cmsreporters@comcast.net

**Exhibit 19**

42

document is?

    A.   It's a GPR regarding a couple witnesses that I spoke with.

    Q.   So in looking at this document, the first name listed is Antoneth Russell; is that correct?

    A.   Yes.

    Q.   Does this document refresh your recollection of actually speaking with Antoneth Russell?

    A.   No.

    Q.   Do you recall, for example, what she looked like, what she was wearing?

    A.   No.

    Q.   Or where she was standing, if she was at her house or out on the street?

    A.   No.  I can just tell that there was a young girl, but I don't remember speaking with her.

    Q.   When you as a detective on scene go to do a canvass, how is it that you conduct that canvass?  For example, when you see someone like an Antoneth Russell, how do you introduce yourself or what questions do you ask?

43

MS. MASTERS:  Object to the form of the question.

THE WITNESS:  Depends.

BY MS. GOODWIN:

Q.   On what?

A.   On a lot of things.

Q.   Like what?

A.   Like who they are, how I'm feeling, who --  If they are a witness, if they are -- what their demeanor is.

Q.   Are you trying to get as much information from them as possible about what they had observed?

A.   Depends.

Q.   On what?

A.   Just depends on everything.  Every person you talk to is different.

Q.   I mean are there instances where you would not be trying to get as much information as possible from them about what they had observed from the shooting?

A.   If I'm talking to an eyewitness, I want to get as much information as possible.

Q.   Do you recall where Antoneth Russell

44

was when she observed the shooter as is indicated here?

A. She was somewhere in the front of her house.

Q. Under where it says, "Observed shooter in parkway," does that say, "Firing"?

A. Yes.

Q. Okay. And then is that black?

A. Black.

Q. And then what's underneath that? What's in the next line?

A. Black "semi auto handgun into van."

Q. Is it possible to tell by looking at a firearm it's a semi auto handgun?

A. Yes.

Q. How can you tell by just looking at a gun?

A. Me personally or anybody?

Q. Well, what distinguishes a semi automatic handgun from any other guns such that anyone can tell what it is?

A. It has more of a square-type frame and it has a slide instead of a cylinder.

Q. A little bit underneath where we were

45

just reading it says, "Saw back of head." Do you see that?

A. Yes.

Q. And what does it say there?

A. "Saw back of head and hands - looked like a" male Hispanic.

Q. Did Antoneth Russell tell you if she observed any other male Hispanic out on the street at the time she observed the shooter?

A. No.

Q. Did she tell you if anybody, if she observed anybody on a bike at the time that she observed the shooter?

A. No.

Q. Or if anybody else that -- or if there was anybody else that she thought was involved in the shooting?

A. No.

Q. And of course, if she had told you those kinds of details, you would have written it down in your GPR?

A. Yes.

Q. Let's see, the next person you spoke with is Ethel Russell, is that correct?