# Transcript of the Testimony of **Robert Cordaro**

**Date:** December 10, 2014

**Case:** Anthony Kuri v. The City of Chicago, et al.

Printed On: January 30, 2016

Siebert and Associates Court Reporters, Inc.
Phone:773 851-7779
e-mail:cmsreporters@comcast.net

**Exhibit 20**

50

you do the whole thing?

A. I did the whole thing, ma'am.

Q. Do you know what date it was that you started work on this report, typing it up and actually physically creating the report?

A. No. I don't remember.

Q. Looking at the first page, is it fair to say the report was submitted on October 17th of 2009?

A. That's what the report says, yes.

Q. Okay. Is there any way to tell how many days or how long this report was worked on until it was submitted on October 7th?

A. No, ma'am.

Q. This is a computer-generated report, correct, in the sense that you go into a computer and type everything up?

A. That's correct.

Q. Is there any way -- Well -- Strike that.

Do you have to -- do you have to log into the computer every time you work on a report?

A. Yes, to the best of my knowledge. Yes,

51

I believe so.

Q. Do you have to sign in like with your name or your star number or some identifying information?

A. That's correct.

Q. Okay. And is that when you log into the computer or would it be actually when you start typing on a report, if you remember?

A. I don't recall. It could be both or either/or for that respect.

Q. Within this computer program to writeup the case supplementary reports though, you do have the ability to create a report and then not submit it and keep working on it or add to it?

A. Yes, ma'am.

Q. Until it is finally submitted, is that correct?

A. I believe so, yes.

Q. Okay. Do you recall any conversations with your supervisor James Prugar who is listed on this report on page 1?

A. Not specific conversations, no.

Q. Does it refresh your recollection

85

A.   I never had this photograph.

Q.   Okay. Now, did you have in -- have access to it, I should say, the photographs that were taken at the crime scene on the night of the shooting?

A.   I did not.

Q.   Why not?

A.   They weren't in the file.

Q.   What file?

A.   The running file, the homicide file that we have.

Q.   And how do you know they weren't in the file?

A.   Because they weren't there. There were no photographs in the file. Casings, crime scene, nothing.  There were no photographs from the crime lab tendered yet to the area.

Q.   How do you recall that?

A.   Because I don't recall seeing a bike.

Q.   And when you say you said that no photographs had yet to be tendered from the crime scene, was that fact -- at what point were the photographs turned over to Area 5?

A.   I don't know.

121

notes from a GPR.

BY MS. GOODWIN:

Q. Did you have a set practice when you were a detective in Area 5 as to when your reports would get submitted after an incident?

A. I always tried to be efficient and proficient at it. Every detective is different. If you are asking my own personal way to work, I would always try to be diligent.

Q. Did you have a set time period that you tried to get the reports done by?

A. No.

Q. When you say diligent then what do you mean?

A. I tried to be diligent with the reports, do it in a timely fashion.

Q. Within these case supp reports, if you look on page 1, did you type in this information or is this something that's computer generated?

A. I believe it is computer generated.

Q. Do you as a detective, as the investigation goes on, would you have the