| GENERAL ORDER | DATE OF ISSUE | EFFECTIVE DATE - | NO. |
|---|---|---|---|
| | 23 September 1988 | 24 September 1988 | 88-18 |

| SUBJECT | | DISTRI-BUTION | AMENDS |
|---|---|---|---|
| LINEUP PROCEDURES | | B | |

| RELATED DIRECTIVES | RESCINDS |
|---|---|
| General Order: Interrogations: Field and Custodial | General Order 83-5 |

I.  PURPOSE

This order prescribes procedures to be followed when identification of an arrestee is to be sought by use of a formal lineup.

II. CONDUCT OF THE LINEUP

A. The United States Supreme Court has ruled that the police may require a suspect to participate in a lineup; that the suspect may be required to speak the exact words used in the commission of an offense; and that the suspect may be required to don certain clothing.

B. In Kirby v. Illinois, 92 S.Ct. 1877 (1972), the Court concluded that a suspect is not entitled to counsel during lineup procedures held prior to the initiation of any adversary criminal proceeding, whether by way of formal charge, preliminary hearing, indictment or arraignment. However, if the suspect's attorney is present at the location where the lineup is to be conducted, and in the opinion of the supervisor the attorney would not impede, either tacitly or overtly, the impartial objectives of the lineup, the attorney may be allowed as an observer.

C. In People v. Hinton (1974) 23 Ill.App. 3d 369, 319, N.E.2d 313, the Illinois Appellate Court held that issuance of a complaint, followed by an arrest warrant was the beginning of adversary criminal proceedings which gives rise to the defendant's Sixth Amendment Right to presence of counsel at the lineup (People v. Marshall 47 Ill. App. 3d 784, 365 N.E.2d 367 [1977]). Therefore a suspect arrested on a warrant does have a right to have counsel present at any lineup conducted after such arrest.

D. As far as physical and time circumstances will permit, the victim and/or witness will view the lineup separately. A waiting victim or witness will be kept separated from those who have viewed the lineup.

E. No suspect will be seen with police officers prior to the lineup unless all subjects to be in the lineup are seen together with the officers. No suspect will be handcuffed during the lineup unless all subjects are handcuffed. Lineups should not be conducted in district lockups unless circumstances exist which preclude the use of another area (uncontrollable arrestee, lack of adequate space elsewhere in the facility).

F. Any previous arrests of any person or the fact that any person in the lineup has been arrested as a suspect will not be mentioned to victims or witnesses. Suspects will not be asked addresses of residence during viewing by victims and/or witnesses.

G. In cases where there is only one suspect in the lineup, the lineup, whenever possible, should consist of at least five persons. When more than one suspect is placed in the lineup, the lineup ideally should consist of at least four non-suspects in addition to the number of suspects in the lineup. Insofar as possible, suspects in a lineup should generally be the same height and weight and should have similar hair and skin color. When more than one suspect is to be viewed, and great disparity is evident between suspects in height, weight and skin color, separate lineups will be conducted and non-suspects in each lineup will have the same general physical characteristics as suspects. Police officers should not be used unless other alternatives have been exhausted.

**Exhibit 21**

EXHIBIT 520

10144 006157

H.  The watch commander of the facility wherein the lineup is conducted or other supervisory officer will require that either an evidence technician or an authorized member of the Detective Division take two photographs of any formal lineup which results in the identification of a suspect. An Evidence Report (CPD-33.103) will be prepared by the photographer whenever photographs are taken.

I.  If the investigating detective desires copies of the photographs for use in an on-going investigation, the detective will prepare a Request For Identification Photographs (CPD-33.713) and forward it to the Crime Laboratory Division.

J.  When a lineup is held, a Supplementary Report (CPD-11.411-A or B as appropriate) will be completed. A detective will be present during the lineup proceedings, whenever possible, and will complete the Supplementary Report. If circumstances are such that a detective is not present at the lineup, the Supplementary Report will be prepared by a supervisory officer of the facility wherein the lineup is conducted. In no case will a lineup be conducted without a Supplementary Report being completed. The narrative portion of the Supplementary Report will include:

1.  the date, time and location of the lineup.

2.  the name, rank, star number and unit of assignment of the person(s) conducting the lineup.

3.  the name and address of each person viewing the lineup.

4.  the name and address of each person present during the lineup (other than those conducting, viewing or participating in the lineup).

5.  all available information concerning each person participating in the lineup, e.g., name, sex, race, age, height, weight, Central Booking (C.B.) and/or Identification Record (I.R.) numbers, etc.

6.  the name(s) of persons identified in the lineup.

7.  the name, rank and star number of the person photographing the lineup.

8.  any comments made by counsel for the arrestee.

9.  any additional information or unusual circumstances occurring during the lineup, e.g., requiring participants to wear certain articles of clothing or to speak certain words or phrases, etc.

Superintendent of Police

Indicates new or revised item.
87-114  DF

JH0145 006158