# CHICAGO POLICE DEPARTMENT

# 2009

# ANNUAL REPORT



POLICING    PARTNERSHIPS    PROFESSIONALISM

# A YEAR IN REVIEW

Exhibit 22

RICHARD M. DALEY
MAYOR

JODY P. WEIS
SUPERINTENDENT

# CASE CLEARANCES

As of early 2010, 19.0% of reported 2009 index crime incidents had been cleared. This percentage was similar to a 2008 percentage (18.4%) that was calculated around the same time one year earlier, thus providing a fair annual comparison.

Clearance rates differed by crime type. Aggravated assault had the highest clearance rate (54.0%), followed by criminal sexual assault (44.3%). Burglary and motor vehicle theft had the lowest clearance rates (10.7% and 10.8%).

A greater percentage of violent crime incidents were cleared. For example, 54% of reported aggravated assault incidents were cleared, while 10.7% of burglary incidents were cleared

## Exhibit 5a

### Index Offenses and Clearances, 2009

| | Offenses | Clearances* | % Cleared |
|---|---|---|---|
| Murder | 461 | 160 | 34.7% |
| Criminal Sexual Assault | 1,458 | 646 | 44.3% |
| Robbery | 15,918 | 3,404 | 21.4% |
| Aggravated Assault | 5,726 | 3,090 | 54.0% |
| Aggravated Battery | 10,065 | 4,137 | 41.1% |
| **Total Violent Crime** | **33,628** | **11,437** | **34.0%** |
| Burglary | 26,630 | 2,859 | 10.7% |
| Theft | 79,212 | 13,430 | 17.0% |
| Motor Vehicle Theft | 15,462 | 1,669 | 10.8% |
| Arson | 607 | 94 | 15.5% |
| **Total Property Crime** | **121,911** | **18,052** | **14.8%** |
| **Total Index Crime** | **155,539** | **29,489** | **19.0%** |

## Exhibit 5b

### Index Offenses and Clearances, 2008

| | Offenses | Clearances* | % Cleared |
|---|---|---|---|
| Murder | 510 | 181 | 35.5% |
| Criminal Sexual Assault* | 1,578 | 589 | 37.3% |
| Robbery* | 16,661 | 3,400 | 20.4% |
| Aggravated Assault | 6,241 | 3,314 | 53.1% |
| Aggravated Battery | 10,807 | 4,338 | 40.1% |
| **Total Violent Crime** | **35,797** | **11,822** | **33.0%** |
| Burglary | 26,101 | 2,698 | 10.3% |
| Theft | 86,506 | 14,197 | 16.4% |
| Motor Vehicle Theft | 18,871 | 2,021 | 10.7% |
| Arson | 633 | 83 | 13.1% |
| **Total Property Crime** | **132,111** | **18,999** | **14.4%** |
| **Total Index Crime** | **167,908** | **30,821** | **18.4%** |

*Includes incidents that were cleared when the offender(s) is arrested, charged, and prosecuted and those cleared exceptionally. Incidents are cleared exceptionally when an offender has been identified, there is enough evidence to arrest, charge, and prosecute the offender, and the offender's location is known so that he/she can be taken into custody, but circumstances outside the control of the police department have prevented the arrest, charging, and/or prosecution of an offender (Federal Bureau of Investigations, 2004).

Note: The numbers reported for clearances may be lower than the actual number of clearances for the offenses in a given year. This is because a clearance may occur during the year in which the offense was committed or in a subsequent year. For comparative purposes, the clearance data in Exhibit 5b match the numbers reported in the 2008 Annual Report and do not reflect any clearances which may have occurred in subsequent years.

Source: Data were taken from the 2008 Annual Report.