Case: 1:13-cv-01653 Document #: 182-23 Filed: 09/12/17 Page 1 of 2 PageID #:1780

| INCIDENT / CLASSIFICATION LAST PREVIOUS REPORT | | UCR OFF CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE | | VERIFIED | CORRECT | 3. BEAT OF OCCUR. |
|---|---|---|---|---|---|---|---|
| Battery Agg: Handgun | | 041A | 4628 N. Central Park | | | | 1723 |
| 5. VICTIM'S/SUBJECT'S NAME AS SHOWN ON LAST PREVIOUS REPORT | | | | CORRECT | 6. FIRE RELATED | | 7. BEAT ASSIGNED |
| PATEL, Gaurav | | | | ☐1 YES ☐2 NO | ☐1 YES ☒2 NO | | 1723 |

| 8. VICTIM'S/SUBJECT'S ADDRESS | 9. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE |
|---|---|---|
| 4123 W. Lawrence Ave | STREET | 304 |

**10. PROPERTY** — DESCRIBE PROPERTY IN NARRATIVE — T - TAKEN; R - RECOVERED — FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMENT | 8 TV, RADIO, STEREO | PROPERTY INVENTORY NO(S). |
|---|---|---|---|---|---|---|
| ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | |
| 9 HOUSEHOLD GOODS | 0 CONSUM. GOODS | (-) FIREARMS | & NARC. DANGEROUS DRUGS | 5 OTHER | 6 NONE | |
| ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T | |

**OFFENDERS**

| 11. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 12. HOME ADDRESS | 13. SEX—RACE—AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | | | | | | | |

| 14. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 15. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF. 1 | | | OFF. 2 | | | | |

| 16. OFF'S. VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| ☐USED ☐STOLEN | | | | | | | |

**80. NARRATIVE**

EVENT #09110 In summary, R/O's while at Swedish Covenant hospital with offender WACHAA, Abul #IR1477878 who was in custody for a Battery under RD# HR-463498 openly related information regarding above incident. Offender related twenty minutes before he arrived on scene he was on the cell phone with ZAY, Russell who was yelling and scared and told offender "Abul Abul Joe These niggas are trying to kill me, LiL David and Rowdy are in front of my house They killed Indian Dude and they shot T.C. and dude in the neck three times, Rowdy was on the bike and LiL David was on the pegs and LiL David jumped out of the pegs and started shooting." Offender further related that he heard ZAY, Russel yelling at Indian Dude "drive off or I'm gonna slap you. ZAY, Russell related to offender that They were on Wilson by the alley by the row houses and Then ZAY, Russell hung up on him. Offender related that TANK who is a Latin King who he saw at Illinois Masonic Hospital after the shooting at the related that he had gotten into it with the Cobras at Lawndale and Lawrence with Chino and Frank before This incident occurred. Offender also stated LiL David and Rowdy are both spanish cobras who frequently

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED — DAY MO. YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| | 03 AUG 09 | | | 780 |
| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
| G. LOPEZ | 9341 | N. SANCHEZ | 6439 | |
| SIGNATURE | | SIGNATURE | | 95. DATE APPROVED (DAY—MO.—YR.) | TIME |
| | | | | 03 AUG 09 | 2355 |

CPD-11.411-A (REV. 8/85) — ●MUST BE COMPLETED IN ALL CASES

17. RD NO. HR 465323

**Exhibit 23**

RFC 000010

Case: 1:13-cv-01653 Document #: 182-23 Filed: 09/12/17 Page 2 of 2 PageID #:1781

visit his parents cell phone store located on Lawrence Ave. R/O's further nvestigated gang book and discovered Rowdy to be KURI, Anthony IR# 11de/88 and LiL David GOMEZ, David IR# 1810580. Area Five Detective Homicide Unit notified Sgt. Cirone #1808 @ 1630 HRS.

| I HAVE REVIEWED THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE. | SUPERVISOR'S SIGNATURE | STAR NO. | DATE (DAY-MO.-YEAR) |
| --- | --- | --- | --- |

R.D. NO.
HR-445323

RFC 000011