# Transcript of the Testimony of **Officer Noe Sanchez 10-22-14**

**Date:** October 22, 2014

**Case:** Anthony Kuri, et al v. The City of Chicago, et al.

Printed On: May 15, 2015

Siebert and Associates Court Reporters, Inc.
Phone:773 851-7779
e-mail:cmsreporters@comcast.net

**Exhibit 24**

16

Q.    So you had responded to calls or seen him on the street or talked with him before August 3rd of 2009?

A.    Prior to, yes.

Q.    What sort of things would he tell you or talk to you about prior to August 3rd of 2009?

A.    I don't recall.

Q.    Did he ever give you intelligence, if that's the right word, about gang activity in the neighborhood?

MS. MASTERS:  Objection, form.

THE WITNESS:  I believe he has, but I don't recall the specifics.

BY MS. GOODWIN:

Q.    Do you recall ever writing any other reports or narratives about information that he gave you about gang activity?

A.    No.

Q.    Is he somebody who would frequently give you information about gang activity?

A.    No.

Q.    Is he somebody that you would have gone to to ask for information about gang