Case: 1:13-cv-01653 Document #: 182-25 Filed: 09/12/17 Page 1 of 5 PageID #:1784



# CHICAGO POLICE DEPARTMENT

3510 South Michigan Avenue/Chicago, Illinois
60653
Identification Section



## CRIMINAL HISTORY REPORT

CPD-31903C (REV. 7/04)

## WACHAA, ABDULSALAM

IR #   **1477878**

SID # **49129450**

FBI # **766548VB9**

IDOC #

CPD photo



MALE
WHITE
5'06"
135 lbs
EYES : BRO
HAIR : BRO
HAIR STYLE :
STYLED
COMPLEXION :
OLV

Current Arrest Information:

| | |
|---|---|
| Date of Birth: | 04-SEP-1988 |
| Age: | 21 years |
| Place of Birth: | ILLINOIS |
| SSN #: | 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 |
| Drivers License #: | W20000087252 |
| Drivers Lic. State: | |

Scars, Marks &Tattoos:

Key Historical Identifiers:

| Alias or AKA used | Date Used | Dates of Birth Used | Social Security Numbers Used |
|---|---|---|---|
| WACHAA, ABDUL | 29-JAN-2009 | 04-SEP-1987 | Not Available |
| WACHAA, ABDULSAL | 03-MAY-2007 | 04-SEP-1988 | Not Available |
| WACHAA, ABDULSALAM | 26-APR-2006 | 04-SEP-1988 | Not Available |
| WACHAA, ABDULSALAM | 29-SEP-2005 | 04-SEP-1988 | 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 |

Criminal Justice Summary: Total arrests: **11** (0 Felony, 9 Misdemeanor)     Total convictions: **0**

---

## ARREST

| | | | |
|---|---|---|---|
| Arrest Name: **WACHAA, ABDUL** | Arrest Date: | **20-AUG-2009** | Holding Facility: **CPD - DISTRICT 017** |
| Date of Birth: **04-SEP-1987** | Arrest Address: | **3604 W ARGYLE ST CHICAGO, IL 60625** | |
| DCN or CB: **017652029** | Residence: | **5005 W AINSLIE ST CHICAGO, IL 60630** | |
| Officer: **URBAN** | Officer Badge#: **12441** | Arresting Agency: **CPD** | |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | B | M | 720 ILCS 550.0/4-B | Cannabis - Possess 2.5-10 Grms | OFFENSE AS CITED |
| [1] | P | | 625 ILCS 5.0/6-112 | Driver'S License/Permit - Fail To Carry/Display | OFFENSE AS CITED |
| [1] | A | M | 720 ILCS 5/24-1-A-1 | Uuw - Weapon - Blackjack/Knife | OFFENSE AS CITED |
| [1] | A | M | 625 ILCS 5.0/11-503-A-1 | Ivc - Reckless Driving | OFFENSE AS CITED |

### COURT CHARGES/DISPOSITION

| Statute | Charge | | Class | Case# |
|---|---|---|---|---|
| 625-5/11-503-A-1 | TT433442 | | M | 09126486001 |

**Exhibit 25**

Case: 1:13-cv-01653 Document #: 182-25 Filed: 09/12/17 Page 2 of 5 PageID #:1785

Disposition: **STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE**     Disposition Date: **23-OCT-2009**
Sentence:     Sentence Date:

## COURT CHARGES/DISPOSITION

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-550/4-B | **CANNABIS - POSSESS 2.5-10** | M | 09126486001 |

Disposition: **STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE**     Disposition Date: **23-OCT-2009**
Sentence:     Sentence Date:

═══════════════════ ARREST ═══════════════════

Arrest Name: **WACHAA, ABDUL**     Arrest Date: **03-AUG-2009**     Holding Facility: **CPD - DISTRICT 017**
Date of Birth: **04-SEP-1987**     Arrest Address: **3614 W LAWRENCE AVE CHICAGO, IL 60625**
DCN or CB: **017636991**     Residence: **5005 W AINSLIE ST CHICAGO, IL 60630**
Officer: **BARNETT**     Officer Badge#: **14978**     Arresting Agency: **CPD**

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/21-1-1-A | **Crim Damage Prop-Knowingly Damage <300** | **OFFENSE AS CITED** |
| [4] | A | M | 720 ILCS 5.0/12-3-A-1 | **Battery - Cause Bodily Harm** | **OFFENSE AS CITED** |

## COURT CHARGES/DISPOSITION

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/12-3-A-1 | **BATTERY - CAUSE BODILY HA** | M | 09126374801 |

Disposition: **STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE**     Disposition Date: **24-SEP-2009**
Sentence:     Sentence Date:

Disposition: **STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE**     Disposition Date: **24-SEP-2009**
Sentence:     Sentence Date:

Disposition: **STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE**     Disposition Date: **24-SEP-2009**
Sentence:     Sentence Date:

Disposition: **STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE**     Disposition Date: **24-SEP-2009**
Sentence:     Sentence Date:

## COURT CHARGES/DISPOSITION

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/21-1-1-A | **CRIM DAMAGE PROP-KNOWINGL** | M | 09126374801 |

Disposition: **STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE**     Disposition Date: **24-SEP-2009**
Sentence:     Sentence Date:

═══════════════════ ARREST ═══════════════════

Arrest Name: **WACHAA, ABDUL**     Arrest Date: **29-APR-2009**     Holding Facility: **CPD - DISTRICT 017**
Date of Birth: **04-SEP-1987**     Arrest Address: **3614 W LAWRENCE AVE CHICAGO, IL 60625**
DCN or CB: **017553169**     Residence: **5004 W AINSLIE ST CHICAGO, IL 60630**
Officer: **ACEVEDO**     Officer Badge#: **15760**     Arresting Agency: **CPD**

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | | | 725 ILCS 5.0/110-3 | **Issuance Of Warrant** | **OFFENSE AS CITED** |

## COURT CHARGES/DISPOSITION

Case: 1:13-cv-01653 Document #: 182-25 Filed: 09/12/17 Page 3 of 5 PageID #:1786

| Statute | Charge | Class | Case# |
|---|---|---|---|
| SEE CB#17518765 | ISSUANCE OF WARRANT | | 09121740601 |

Disposition: **ARRESTED ON WARRANT**    Disposition Date: **29-APR-2009**

Sentence:    Sentence Date:

━━━━━━━━━━━━━━━━━━━ ARREST ━━━━━━━━━━━━━━━━━━━

Arrest Name: **WACHAA, ABDUL**    Arrest Date:    **23-APR-2009**    Holding Facility: **CPD - DISTRICT 017**

Date of Birth: **04-SEP-1987**    Arrest Address: **3321 W CULLOM AVE CHICAGO, IL 60618**

DCN or CB:    **017547905**    Residence:    **3614 W LAWRENCE AVE CHICAGO, IL 60625**

Officer:    **KADUS**    Officer Badge#: **3300**    Arresting Agency: **CPD**

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/12-5-A | Reckless Conduct | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5.0/12-5-A | RECKLESS CONDUCT | M | 09121900501 |

Disposition: **STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE**    Disposition Date: **24-APR-2009**

Sentence:    Sentence Date:

━━━━━━━━━━━━━━━━━━━ ARREST ━━━━━━━━━━━━━━━━━━━

Arrest Name: **WACHAA, ABDUL**    Arrest Date:    **20-MAR-2009**    Holding Facility: **CPD - DISTRICT 017**

Date of Birth: **04-SEP-1987**    Arrest Address: **4650 N PULASKI RD CHICAGO, IL 60630**

DCN or CB:    **017518765**    Residence:    **5004 W AINSLIE ST CHICAGO, IL 60630**

Officer:    **SCHUMAN**    Officer Badge#: **19583**    Arresting Agency: **CPD**

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | P | | 625 ILCS 5.0/6-112 | Driver'S License/Permit - Fail To Carry/Display | OFFENSE AS CITED |
| [1] | L | | 9-8-020(C)(1) | Disobey Red Circular Steady Signal Stop | OFFENSE AS CITED |
| [1] | A | M | 720 ILCS 5.0/12-3-A-2 | Battery - Make Physical Contact | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5.0/12-3-A-2 | BATTERY - MAKE PHYSICAL C | M | 09121740601 |

Disposition: **BAIL BOND FORFEITURE**    Disposition Date: **28-APR-2009**

Sentence:    Sentence Date:

Disposition: **ARREST WARRANT - ORDERED AND ISSUED**    Disposition Date: **28-APR-2009**

Sentence:    Sentence Date:

Disposition: **SENTENCED/COURT SUPERVISION**    Disposition Date: **14-JUL-2009**

Sentence: **SUPERVISION 001 YEARS 00 MONTHS 000 DAYS**    Sentence Date: **14-JUL-2009**

━━━━━━━━━━━━━━━━━━━ ARREST ━━━━━━━━━━━━━━━━━━━

Arrest Name: **WACHAA, ABDUL**    Arrest Date:    **29-JAN-2009**    Holding Facility: **CPD - DISTRICT 017**

Date of Birth: **04-SEP-1987**    Arrest Address: **3600 W WILSON AVE CHICAGO, IL 60625**

DCN or CB:    **017475126**    Residence:    **3614 W LAWRENCE AVE CHICAGO, IL 60625**

Case: 1:13-cv-01653 Document #: 182-25 Filed: 09/12/17 Page 4 of 5 PageID #:1787

Officer:    **RUIZ III**                    Officer Badge#: **17759**        Arresting Agency: **CPD**

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | L | | 8-4-010(A) | **Disorderly Conduct - Breach Of Peace** | **OFFENSE AS CITED** |

---
ARREST
---

Arrest Name: **WACHAA, ABDULSAL**        Arrest Date:    **03-MAY-2007**    Holding Facility: **CPD - DISTRICT 017**
Date of Birth: **04-SEP-1988**            Arrest Address: **3440 W WILSON AVE CHICAGO, IL 60625**
DCN or CB:    **016878043**                Residence:    **4818 W AINSLIE ST CHICAGO, IL 60630**
Officer:    **MONTALVO**                    Officer Badge#: **13102**        Arresting Agency: **CPD**

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/12-5-A | **Reckless Conduct** | **OFFENSE AS CITED** |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5.0/12-5-A | **RECKLESS CONDUCT** | M | 07122904601 |

Disposition: **STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE**        Disposition Date: **04-JUN-2007**
Sentence:                            Sentence Date:

---
ARREST
---

Arrest Name: **WACHAA, ABDULSALAM**        Arrest Date:    **12-NOV-2006**    Holding Facility: **CPD - DISTRICT 017**
Date of Birth: **04-SEP-1988**            Arrest Address: **3531 W FOSTER AVE CHICAGO, IL 60625**
DCN or CB:    **016715440**                Residence:    **5005 W AINSLIE ST CHICAGO, IL 60630**
Officer:    **BARNETT**                    Officer Badge#: **14978**        Arresting Agency: **CPD**

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | C | M | 720 ILCS 5.0/12-1-A | **Assault - Simple** | **OFFENSE AS CITED** |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/12-1-A | **ASSAULT - SIMPLE** | M | 06128505301 |

Disposition: **STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE**        Disposition Date: **18-DEC-2006**
Sentence:                            Sentence Date:

---
ARREST
---

Arrest Name: **WACHAA, ABDULSALAM**        Arrest Date:    **12-JUL-2006**    Holding Facility: **CPD - DISTRICT 016**
Date of Birth: **04-SEP-1988**            Arrest Address: **5005 W AINSLIE ST CHICAGO, IL 60630**
DCN or CB:    **016594007**                Residence:    **5005 W AINSLIE ST CHICAGO, IL 60630**
Officer:    **SOBIERAJ**                    Officer Badge#: **16479**        Arresting Agency: **CPD**

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/12-3-A-1 | **Battery - Cause Bodily Harm** | **OFFENSE AS CITED** |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|

Case: 1:13-cv-01653 Document #: 182-25 Filed: 09/12/17 Page 5 of 5 PageID #:1788

| 720-5/12-3-A-1 | BATTERY - CAUSE BODILY HA | M | 06123873901 |

Disposition: **STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE**    Disposition Date: **31-AUG-2007**

Sentence:    Sentence Date:

---

**ARREST**

Arrest Name: **WACHAA, ABDULSALAM**    Arrest Date:    **26-APR-2006**    Holding Facility: **CPD - DISTRICT 017**

Date of Birth: **04-SEP-1988**    Arrest Address: **3701 W LAWRENCE AVE CHICAGO, IL 60625**

DCN or CB:    **016517672**    Residence:    **3614 W LAWRENCE AVE CHICAGO, IL 60625**

Officer:    **URBAN**    Officer Badge#: **16746**    Arresting Agency: **CPD**

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | C | M | 720 ILCS 5.0/26-1-A-1 | **Disorderly Conduct - Breach Of Peace** | **OFFENSE AS CITED** |
| [1] | L | | 9-40-130 | **Obstruction Of Traffic By Motorist** | **OFFENSE AS CITED** |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5.0/26-1-A-1 | **DISORDERLY CONDUCT - BREA** | M | 06123313701 |

Disposition: **STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE**    Disposition Date: **13-JUL-2006**

Sentence:    Sentence Date:

---

**ARREST**

Arrest Name: **WACHAA, ABDULSALAM**    Arrest Date:    **29-SEP-2005**    Holding Facility: **CPD - DISTRICT 017**

Date of Birth: **04-SEP-1988**    Arrest Address: **3614 W LAWRENCE AVE # 155 CHICAGO, IL 60625**

DCN or CB:    **016321063**    Residence:    **3614 W LAWRENCE AVE # 155 CHICAGO, IL 60625**

Officer:    **MARLO**    Officer Badge#: **9661**    Arresting Agency: **CPD**

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/12-3-A-1 | **Battery - Cause Bodily Harm** | **OFFENSE AS CITED** |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/12-3-A-1 | **BATTERY - CAUSE BODILY HA** | M | 05129437201 |

Disposition: **SENTENCED/COURT SUPERVISION**    Disposition Date: **19-OCT-2005**

Sentence: **SUPERVISION 001 YEARS 00 MONTHS 000 DAYS**    Sentence Date: **19-OCT-2005**

***End of Report***

This Chicago Police Department IR rap-sheet should not replace the use of the Illinois State Police statewide criminal history transcript, which may contain additional criminal history data and can be obtained by performing a CQR1 inquiry via your LEADS terminal.

---

09-FEB-2010 13:24    Requested by: PC0K533