1

IN RE: PEOPLE VS. ANTHONY KURI and DAVID GOMEZ

GJ NO: SEP 265

09 CR 17657

ARR: 10-16-09

BEFORE THE GRAND JURY OF COOK COUNTY SEPTEMBER 2009

REPORT OF GRAND JURY PROCEEDINGS TAKEN IN THE ABOVE-ENTITLED MATTER ON THE 25TH DAY OF SEPTEMBER, 2009, AT THE COOK COUNTY CRIMINAL COURTS BUILDING, 2650 SOUTH CALIFORNIA AVENUE, CHICAGO, ILLINOIS 60608.

REPORTED BY:

LISA GISO
CERTIFIED SHORTHAND REPORTER
2650 SOUTH CALIFORNIA AVENUE
CHICAGO, ILLINOIS 60608
ILLINOIS CSR LICENSE NO. 084-004159

**Exhibit 26**

RFC 008416

2

PRESENT:

      THE HONORABLE ANITA ALVAREZ
STATE'S ATTORNEY Of COOK
COUNTY, ILLINOIS

BY:  MS. KRISTA PETERSON

      Appeared on behalf of
The people of the
State of Illinois

LIST OF WITNESSES:
DETECTIVE FOLINO

RFC 008417

THE FOREPERSON: Would you raise your right hand, please?

(Whereupon, the Witness was duly sworn.)

MS. PETERSON: Ladies and gentlemen of the Grand Jury, I'm Assistant State's Attorney Krista Peterson of the Homicide Sex Unit. We are appearing today on Grand Jury No. September 265. We are seeking a True Bill of Indictment against Defendants David Gomez and Anthony Kuri for the following offenses, first degree murder, attempt first degree murder, aggravated battery with a firearm, aggravated discharge of a firearm, all of which occurred on or about July 24, 2009 at 4628 North Central Park in Chicago, Cook County, Illinois.

This is a reindictment of Defendant David Gomez. On August 21st, 2009 the August 2009 Grand Jury returned a True Bill of Indictment against David Gomez. The Grand Jury number was August 245. We are seeking a reindictment of Defendant David Gomez because Codefendant Anthony Kuri was arrested and we

RFC 008418

wish to indict both defendants together.

The Grand Jury does have the right to subpoena and question any person against whom the State's Attorney is seeking a Bill of Indictment, or any other person, and to obtain and examine any documents or transcripts relevant to the matter being prosecuted by the State's Attorney. At this time I ask leave to call Detective Folino.

DETECTIVE FOLINO, having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MS. PETERSON:

Q. Detective, have you been sworn?

A. Yes, ma'am, I have.

Q. Please state your full name, star number, and unit of assignment.

A. Detective John Folino, that's F as in Frank, o-l-i-n-o, Star No. 20143, assigned to the Area 5 Detective Division of the Chicago Police Department.

Q. Detective Folino, did you have occasion to investigate an incident that

occurred July 24th, 2009 at 4628 North Central Park in Chicago, Cook County, Illinois?

A. Yes, ma'am, I did.

Q. Did your investigation reveal that on July 24th, 2009 at approximately 12:30 a.m. the victim Gaurav Patel, G-a-u-r-a-v, Tony Fernandez, and Zay, Z-a-y, Russell were in a vehicle at 4628 North Central Park in Chicago, Cook County, Illinois?

A. That's correct, ma'am.

Q. Did your investigation reveal that on July 24th, 2009 at approximately 12:30 a.m. the defendant Anthony Kuri was riding a bike, and Defendant David Gomez was riding on the same bike on the back pegs?

A. That is also correct, ma'am.

Q. Did your investigation reveal that Anthony Kuri road to 4628 North Central Park and stopped the bike next to the vehicle in which the victims were seated?

A. That is correct.

Q. Did your investigation reveal that David Gomez was in possession of a loaded

RFC 008420

gun?

A. Yes, ma'am.

Q. Did your investigation reveal that defendant David Gomez got off the bike after Anthony Kuri had stopped it next to the vehicle in which the victims were seated, and David Gomez pointed a gun at the vehicle in which the victims were seated and fired the gun multiple times at the vehicle?

A. That's correct, ma'am.

Q. Did your investigation reveal that Tony Fernandez was able to drive the vehicle away from the scene?

A. Correct, ma'am.

Q. Did your investigation reveal that Gaurav Patel was shot two times, once in the neck and once in the shoulder?

A. Yes, ma'am.

Q. Did your investigation reveal that Tony Fernandez was shot once in the leg?

A. That is also correct.

Q. Did your investigation reveal that Gaurav Patel was taken by ambulance to Illinois Masonic Hospital and was pronounced

RFC 008421

dead?

A. Yes, ma'am.

Q. Did your investigation reveal that the Cook County Medical Examiner's Office opined that the cause of Gaurav Patel's death was multiple gunshot wounds and the manner was homicide?

A. Yes, ma'am.

Q. Did your investigation reveal that Tony Fernandez was taken by ambulance to Illinois Masonic Hospital and was treated for the gunshot wound to his leg, which required surgery and a skin graft?

A. That is also correct.

Q. What is the basis of your testimony today?

A. Based on witness interviews, based on the various reports generated in this investigation.

MS. PETERSON: Thank you. I have no further questions for the detective. Do any members of the jury have questions for Detective Folino?

(No response.)

RFC 008422

(Witness excused.)
(Whereupon, the Grand Jury was left alone to deliberate after which the following proceedings were had.)

THE FOREPERSON:   True Bill.

(Whereupon, the above-entitled cause was continued for arraignment before the Presiding Judge.)

RFC 008423

STATE OF ILLINOIS )

) SS.

COUNTY OF C O O K )


I, LISA GISO, a Certified Shorthand Reporter licensed in the State of Illinois, do hereby certify that I reported in shorthand the proceedings had in the hearing of the above-entitled cause; that I thereafter caused the foregoing to be transcribed into typewriting, which I hereby certify is a true and accurate transcript of the proceedings had before the Grand Jury of Cook County.


_Lisa Giso_

Lisa Giso, CSR

RFC 008424