# CHICAGO POLICE DEPARTMENT
## CASE SUPPLEMENTARY REPORT

3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police - Bureau of Investigative Services Personnel Only)

**HR445323**

Case id : 7039009
Sup id : 7537527    CASR339

| CLEARED OPEN (ARREST AND PROSECUTION) | | DETECTIVE SUP. APPROVAL COMPLETE | |
|---|---|---|---|

| Last Offense Classification/Re-Classification | IUCR Code | Original Offense Classification | IUCR Code |
|---|---|---|---|
| **HOMICIDE / First Degree Murder** | **0110** | HOMICIDE / First Degree Murder | **0110** |

| Address of Occurrence | Beat of Occur | No of Victims | No of Offenders | No of Arrested | SCR No |
|---|---|---|---|---|---|
| **4628 N CENTRAL PARK AVE** | **1723** | **1** | | **1** | |

| Location Type | Location Code | Secondary Location | Hate Crime |
|---|---|---|---|
| **Street** | **304** | | **No** |

| Date of Occurrence | Unit Assigned | Date RO Arrived | Fire Related? | Gang Related? | Domestic Related? |
|---|---|---|---|---|---|
| **24-JUL-2009 00:30** | **1723** | **24-JUL-2009 00:32** | **NO** | **YES** | **NO** |

| Reporting Officer | Star No | Approving Supervisor | Star No | Primary Detective Assigned | Star No |
|---|---|---|---|---|---|
| KOLMAN, Thomas | 20448 | PRUGAR, James | 2048 | PIETROWSKI, Arlen | 20244 |
| Date Submitted | | Date Approved | | Assignment Type | |
| 07-OCT-2009 12:23 | | 07-OCT-2009 14:00 | | FIELD | |

## THIS IS A FIELD INVESTIGATION CLEARED OPEN (ARREST AND PROSECUTION) REPORT

**VICTIM(S):**     **PATEL, Gaurav**
Male / Asian/Pacific Islander / 21 Years
**DOB:** 08-AUG-1987
**RES:**
Chicago IL 60630

**DESCRIPTION:** Black Hair, Short Hair Style, Brown Eyes, Medium Complexion

**SOBRIETY:** Unknown
**SSN:**
**DLN/ID:** P34029387117 - IL
**ACTIONS:** The Victim Fled Southbound From Street

**SUSPECT(S)**     **KURI, Anthony**
Male / White Hispanic / 20 Years
**DOB:** 22-OCT-1988
**DESCRIPTION:** Light Complexion
**RES:**
Chicago IL
**IDENTIFIED BY:** Photo
**IR#:** 1664880

**OFFENDER(S)**     **GOMEZ, David**                    -- In Custody--
Male / White Hispanic / 18 Years
**DOB:** 22-MAY-1991
**DESCRIPTION:** 5'00, 120, Black Hair, Short Hair Style, Brown Eyes, Light Brown Complexion
**RES:** 334 W Dale

**HR445323**

**Exhibit 27**

RFC 000599

DETECTIVE SUP. APPROVAL COMPLETE

Addison IL

**IDENTIFIED BY:** Photo Video Tape

**IR#:** 1810580

**WEARING:** Black Hooded Sweatshirt With White T-Shirt

**RELATIONSHIP OF VICTIM TO OFFENDER:**

PATEL, Gaurav        - Unknown

**GANG INFORMATION:**

-

**LISTED CRIMINAL ORGANIZATION:** Spanish Cobras

**GANG IDENTIFIERS:**

**VICTIM INJURIES**    **PATEL, Gaurav**

| Type | Weapon Used | Weapon Description |
|---|---|---|
| Gun Shot Wound | Handgun | Other - Handgun |
| Injured by Offender | | |

**CFD RESPONDING UNIT:** Cfd#32

**HOSPITAL:** Illinois Masonic

**INJURY TREATMENT:** D.O.A.

**PHYSICIAN NAME:** Dahman

**TRANSPORTED TO:**    **PATEL, Gaurav**        (Victim)

Transported To Illinois Masonic

**VEHICLE INFO:**    **Automobile, 1998 / Plymouth / Voyager / Hardtop, 4-Door**

Victim's VehicleVehicle TowedEvidence

**VIN:** 2P4GP44R3WR3WR804393

**YEAR (RANGE):** 1998

**COLOR(TOP/BOTTOM):** Maroon Or Burgundy / Maroon Or Burgundy

**DESCRIPTION:** Body Damage, Broken Glass

**OWNER:** Niveth Marano

**POSSESSOR/USER:** GAURAV PATEL

**LOCATION FOUND:** 3716 W. WILSON

**LICENSE:** A441304, Passenger Car, IL

**REASON:** Hold For Investigation

**LOCATION OF INCIDENT:** 4628 N Central Park Ave
Chicago IL 60625
304 - Street

**DATE & TIME OF INCIDENT:** 24-JUL-2009 00:30

**DEATH INFORMATION:**    **PATEL, Gaurav**        (Victim)

**DATE OF DEATH:** 24-JUL-2009 01:10

**AUTOPSY INFORMATION:**    **CAUSE OF DEATH:** Gsw

RFC 000600

| **HOMICIDE (SUSPECT) INFORMATION:** | **KURI, Anthony** |
| | Identified Through Investigation |
| | **GOMEZ, David** |
| | Identified Through Investigation |
| **MOTIVE CODE(S):** | Gangs |
| **CAUSE CODE(S):** | Dna |
| **METHOD CODE(S):** | Person(S) Shot |
| **CAU CODE(S):** | Gang Related |

**OTHER PROPERTY RECOVERED:**

**INV #: 11737150**
**Evidence**
One Expended Cbc .380 Caliber Auto Cartridge Case, Marker #1
**QUANTITY:** 1
**LOCATION FOUND:** RECOVERED FROM STREET PAVEMENT AT 4628 N. CENTRAL PARK AVE.

**INV #: 11737150**
**Evidence**
One Expended Cbc .380 Auto Cartridge Case, Marker #2
**QUANTITY:** 1
**LOCATION FOUND:** RECOVERED FROM CURB PAVEMENT AT 4628 N. CENTRAL PARK AVE.

**INV #: 11737150**
**Evidence**
One Expended Cbc .380 Caliber Auto Cartridge Case, Marker #3
**QUANTITY:** 1
**LOCATION FOUND:** RECOVERED FROM GRASS PARKWAY AT 4628 N. CENTRAL PARK AVE.

**INV #: 11737150**
**Evidence**
One Expended Cbc .380 Auto Cartridge Case, Marker #4
**QUANTITY:** 1
**LOCATION FOUND:** RECOVERED FROM GRASS PARKWAY AT 4628 N. CENTRAL PARK AVE.

**INV #: 11737150**
**Evidence**
One Expended Cbc .380 Atuo Cartridge Case, Marker #5
**QUANTITY:** 1
**LOCATION FOUND:** RECOVERED FROM GRASS PARKWAY AT 4628 N. CENTRAL PARK AVE.

**INV #: 11737150**
**Evidence**
One Expended Cbc .380 Auto Cartridge Case, Marker #6
**QUANTITY:** 1
**LOCATION FOUND:** RECOVERED FROM GRASS PARKWAY AT 4628 N. CENTRAL PARK AVE.

**INV #: 11737154**
**Evidence**

RFC 000601

Glass Shard Sample, Marker #7

**LOCATION FOUND:** RECOVERED FROM STREET PAVEMENT

**INV #:  11737165**
**Evidence**
**PROPERTY TYPE:** BICYCLES

**MODEL:** K6294b071
One Blue And Silver Colored Huffy Brand Bicycle, Marker #8
**SERIAL:** BR07119953
**QUANTITY:** 1
**LOCATION FOUND:** SIDEWALK PAVEMENT

**INV #:  11737156**
**Evidence**
One Fired Bullet, Marker #9
**QUANTITY:** 1
**LOCATION FOUND:** INSIDE PLYMOUTH GRAND VOYAGER IL PLATE
#A441304-FRONT PASSENGER FLOORBOARD

**INV #:  11737156**
**Evidence**
One Metal Fragment, Marker #10
**QUANTITY:** 1
**LOCATION FOUND:** INSIDE PLYMOUTH GRAND VOYAGER IL PLATE
#A441304-DRIVER'S SIDE FLOORBOARD

**INV #:  11737156**
**Evidence**
One Metal Fragment, Marker #11
**QUANTITY:** 1
**LOCATION FOUND:** STREET PAVEMENT UNDER PLYMOUTH VOYAGER IL
PLATE #A441304

**INV #:  11737158**
**Evidence**
Glass Shard Sample
**QUANTITY:** 1
**LOCATION FOUND:** INSIDE PLYMOUTH GRAND VOYAGER IL PLATE
#A441304 FROM PASSENGER'S SIDE SLIDING DOOR

**INV #:  11737161**
**Evidence**
Blood Sample
**QUANTITY:** 1
**LOCATION FOUND:** FROM BLOOD ON REAR PASSENGER'S SIDE
FLOORBOARD FROM PLYMOUTH VOYAGER IL PLATE
#A441304

**INV #:  11737161**
**Evidence**
Blood Sample
**QUANTITY:** 1
**LOCATION FOUND:** FROM BLOOD ON FRONT FLOOR CARPET BETWEEN
DRIVER AND PASSENGER SEATS FROM PLYMOUTH

RFC 000602

DETECTIVE SUP. APPROVAL COMPLETE

VOYAGER IL PLATE #A441304

**INV #:** **11737162**
One Black Plastic Replica Gun With Blood Stains, Marker #12
**QUANTITY:** 1
**LOCATION FOUND:** FROM FRONT FLOORBOARD OF PLYMOUTH
VOYAGER IL PLATE #A441304

**VEHICLE(S) DAMAGED:** **Automobile, 1998 / Plymouth / Voyager / Hardtop, 4-Door**
**Evidence**
**VIN:** 2P4GP44R3WR3WR804393
**YEAR - YEAR RANGE END:** 1998

**COLOR (TOP/BOTTOM):** Maroon Or Burgundy / Maroon Or Burgundy
**DESCRIPTION:** Body Damage, Broken Glass
**OWNER:** Niveth Marano
**POSSESSOR/USER:** GAURAV PATEL
**LOCATION FOUND:** 3716 W. WILSON
**LICENSE:** A441304, Passenger Car, IL
**REASON:** Hold For Investigation

**PERSONNEL ASSIGNED:**

**Assisting Detective/Youth Inv.**

| | | |
|---|---|---|
| SZWEDO, Frank A | # 20813 | **BEAT:** 5522 |

**Assisting Officer**

| | | |
|---|---|---|
| NESTOROWICZ, Piotr T | # 16883 | **BEAT:** 1754 |
| ZALINSKI, Kimberly S | # 5192 | **BEAT:** 1795 |
| PATEL, Gautambha S | # 15811 | **BEAT:** 1772 |
| VENTURA, Marr C | # 4291 | **BEAT:** 1772 |

**Case Supervisor On Scene**

| | | |
|---|---|---|
| MILLS, Thomas | # 2020 | **BEAT:** 5510 |

**Detective/Investigator**

| | |
|---|---|
| PIETROWSKI, Arlen J | # 20244 |
| VALKNER, John L | # 20111 |
| KOLMAN, Thomas | # 20448 |

**Forensic Investigator**

| | | |
|---|---|---|
| SZWED, Eric P | # 4781 | **BEAT:** 5802 |

**Guard Scene**

| | | |
|---|---|---|
| NIEDZIELAK, Patrick M | # 4415 | **BEAT:** 1731 |
| MC CORMACK, Kathleen A | # 19924 | **BEAT:** 1706A |
| PINZINE, Michael R | # 17297 | **BEAT:** 1706A |
| ESQUIVEL, Richard M | # 7192 | **BEAT:** 1731 |

**Reporting Officer**

| | | |
|---|---|---|
| PEELE, Raena L | # 4919 | **BEAT:** 1723 |
| CMELKA, Darlene V | # 16854 | **BEAT:** 1723 |

**WITNESS(ES):** **RUSSELL, Demetria**
Female / Black / 20 Years
**DOB:** 06-MAR-1989

RFC 000603

**RES:** 4628 N Central Park Ave 1st
Chicago IL
773-588-
3626

## SIECZKO, Anna

Female / White / 52 Years

**DOB:** 09-MAR-1957

**RES:** 4607 N Central Park Ave 1st
Chicago IL

## RUSSELL, Antionett

Female / Black / 13 Years

**DOB:** 15-NOV-1995

**RES:** 4628 N Central Park Ave 1st
Chicago IL

## RUSELL, Zay

Male / Black / 19 Years

**DOB:** 24-MAY-1990

**RES:** 4628 N Central Park Ave
Chicago IL 60625

**OTHER INDIVIDUALS
INVOLVED:**

## FERNANDEZ, Tony                              (Additional Victim)

Male / White Hispanic / 23 Years

**DOB:** 09-MAR-1986

**DESCRIPTION:** Black Hair, Short Hair Style, Brown Eyes, Medium Complexion

**RES:**
Chicago IL

### GANG INFORMATION:

-

**LISTED CRIMINAL ORGANIZATION:** Latin Kings
**GANG IDENTIFIERS:** Victim/Witness Statement

**ADDITIONAL VICTIM
INJURIES**

## FERNANDEZ, Tony

| Type | Weapon Used | Other Weapon Used |
|------|-------------|-------------------|
| Gun Shot Wound | Handgun | Other - Handgun |

RFC 000604

DETECTIVE SUP. APPROVAL COMPLETE

Injured by Offender

**CFD RESPONDING UNIT:** Cfd #48

**HOSPITAL:** Illinois Masonic
**PHYSICIAN NAME:** Dr.Dahman

**INCIDENT GANG INFORMATION:**

**GANG SITUATION:** Street Fight

**TARGETED GANG:** SPANISH COBRAS

**INVOLVED CRIMINAL ACTIVITIES:** OTHER GANG

**CRIME CODE SUMMARY:**

0110 - Homicide - First Degree Murder
041A - Battery - Aggravated: Handgun

**IUCR ASSOCIATIONS:**

0110 - Homicide - First Degree Murder

PATEL, Gaurav ( Victim )
    GOMEZ, David ( Offender )

041A - Battery - Aggravated: Handgun

FERNANDEZ, Tony ( Additional Victim )
    GOMEZ, David ( Offender )

**REPORT DISTRIBUTIONS:** No Distribution

**INVESTIGATION:**

CLEARED OPEN (ARREST AND PROSECUTION) SUPPLEMENT CASE REPORT

R.D. NUMBER:
HR 445323

DATE & TIME OF OCCURRRENCE:
24 July 2009 @ 0030 Hrs

DATE & TIME ASSIGNED:
24 July 2009 @ 0830 Hrs

LOCATION OF OCCURRENCE:
4628 N Central Park Ave
Chicago Ill

VICTIM(S):
PATEL Gaurav     M/06/21   (Deceased)
4123 W Lawrence Ave
Chicago Ill
DOB 08 August 1987
No IR #

RFC 000605

HR445323

DETECTIVE SUP. APPROVAL COMPLETE

FERNANDEZ Tony   M/04/23   (GSW right leg T/T)

Chicago Ill
DOB 09 March 1986
IR # 1335813

GANG AFFILIATION:
PATEL          Latin King
FERNANDEZ      Latin King

INJURIES:
PATEL  (1) GSW to neck T/T (1) mid back lodged Fatal
FERNANDEZ (1) GSW to right leg T/T  Serious

TRANSPORTED TO:
Illinois Masonic Hospital Via
Chicago fire department Ambulance #33  (PATEL)
Chicago fire department Ambulance # 48 (FERNANDEZ)

PRONOUNCED/TREATED BY:
PATEL  pronounced by Dr Dahman
FERNANDEZ treated by Dr Dahman

TIME PRONOUNCED:
24 July 2009 @ 0110 Hrs

M.E. INFO:
370July2009

CAUSE MANNER OF DEATH:
Gun shot wounds

IN CUSTODY:
GOMEZ David  M/04/18   AKA Little David
334 W Dale St
Addison Illinois
DOB 22 May 1991
IR 1810580
CB 17640591

WANTED:
KURI Anthony  M/02/20   AKA Rowdy

Chicago Ill
DOB 22 October 1988
IR 1664880
Investigative Alert # 299961095

RFC 000606

DETECTIVE SUP. APPROVAL COMPLETE

GANG AFFILIATION:
David GOMEZ Spanish Cobra
Anthony KURI Spanish Cobra

ARRESTING OFFICERS:
Police Officer A.GONZALEZ 10830
Police Officer C.ACEVEDO 15760
Detective Robert CORDARO 20680
Detective Thomas KOLMAN 20448

DATE, TIME, LOCATION OF ARREST:
07 August 2009 @ 1535 Hrs
5555 W Grand Ave
Chicago Ill

COURT INFORMATION:
Branch 66-2
10 August 2009 @ 0900

STATES ATTORNEY INFORMATION:
ASA Ruth GAUDINO

VEHICLE USED:
Small HUFFY Type bike

WEAPON:
Semi automatic handgun capable of firing a .380 caliber round

MANNER/MOTIVE:
Victim PATEL is driving a van owned by FERNANDEZ when David GOMEZ and Anthony KURI ride up on a bike yell "King Killer Bitches" Gomez then opens fire. MOTIVE Gangs.

WITNESSES:
RUSSELL Zay   M/01/19     (Eyewitness)

Chicago Ill
DOB 24 May 1990
IR 1643772

FERNANDEZ Tony   M/04/23   (Eyewitness)

Chicago Ill
DOB 09 March 1986

PERSON INTERVIEWED:
JOTZAT William   M/02/39

RFC 000607

DETECTIVE SUP. APPROVAL COMPLETE

Chicago Illinois
DOB 18 May 1970


JOTZAT Catherine  F/02/35

Chicago Illinois
DOB 12 February 1974



FAMILY NOTIFICATION:
PUTEL Jagruti  F/06/51  (Victims Aunt)
321 Clare Drive
Bloomingdale Illinois
DOB 28 August 1958

EVIDENCE:
Inventory #11747184
Photo spread, advisory form and demographics sheet by witness Tony FERNANDEZ
Photo spread, advisory form and demographics sheet by witness Zay RUSSELL


Inventory #11737165
Blue/silver "Huffy" brand Model # 1k6294B071 (Bike) Marker #8


Inventory #11737164
Sealed Blood Card Envelope


Inventory #11737162
Black plastic replica gun with red stains recovered from front floor board of Plymouth Grand Voyager. (License A4411304)
 Marker #12


Inventory #11737161
Blood swabs samples from rear passenger side floor board Plymouth Grand Voyager (License A4411304)
Blood swabs samples from blood on front floor carpet between driver and passenger seat Plymouth Grand Voyager (License A4411304)


Inventory #11737158
Glass shard sample from Plymouth Grand Voyager (License A4411304)


Inventory #11737156
(1) Fired bullet from inside Plymouth Grand Voyager front passenger side floor board (License A4411304) Marker #9
(1) Metal fragment from inside Plymouth Grand Voyager front drivers side floor board. (License A4411304) Marker #10

RFC 000608

(1) Metal fragment from street pavement under a Plymouth Grand Voyager (License A4411304) Marker #11

Inventory #11737154
(1) Glass shard sample from street pavement. Marker #7

Inventory # 11737150
(1) CBC .380 Auto cartridge case from street pavement at 4628 N Central Park Ave. Marker #1
(1) CBC .380 Auto cartridge case from curb pavement at 4628 N Central Park Ave. Marker #2
(1) CBC .380 Auto cartridge case from parkway grass at 4628 N Central Park Ave. Marker #3
(1) CBC .380 Auto cartridge case from parkway grass at 4628 N Central Park Ave. Marker #4
(1) CBC .380 Auto cartridge case from parkway grass at 4628 N Central Park Ave. Marker #5
(1) CBC .380 Auto cartridge case from parkway grass at 4628 N Central Park Ave. Marker #6

INVESTIGATING DETECTIVES:
Detective Thomas Kolman 20448
Detective Robert Cordaro 20680

ASSISTING DETECTIVES:
Detective Timothy McDermott 21084
Detective John Folino 20143
Detective Frank Szwedo 20813
Detective John Valkner 20111

INVESTIGATION:

This report should be read in conjunction with the previously submitted report entitled Progress-Scene Supplemental Report.

On 24 Jul 2009 at approximately 0045hrs, Patel GAURAV and Tony FERNANDEZ were shot at 4628 N Central Park. The R/D's were informed the victims were discovered near their vehicle at the approximate address of 3716 W. Wilson although the actual address of incident was on the 4600 block of north Central Park. One victim, nka Gaurav PATEL had sustained a fatal gunshot wound to the neck and the other victim, nka Tony FERNANDEZ, sustained a single gunshot wound to his right leg. The Reporting Detective subsequently learned that Gaurav PATEL had expired from his injuries.

On 24 July 2009, at 08; 30 hrs the Reporting Detectives were assigned by Sgt Scheof to the follow up investigation to this homicide.
The Reporting Detectives learned that there was an earlier altercation in the area of Lawrence and Lawndale.

Detective KOLMAN contacted the Fusion Center and requested the video surveillance from P.O.D. #377 located at 3659 W Lawrence Ave to ascertain if any video surveillance captured the altercation were bottles were thrown at the van that the victim Gaurav PATEL was driving. On 25 July 2009 the Reporting Detectives viewed P.O.D #377 after realizing the altercation was captured on video.

On 01 August 2009 Detective FOLINO and McDERMOTT relocated to Illinois Masonic Hospital in an

RFC 000609

DETECTIVE SUP. APPROVAL COMPLETE

effort to interview Tony FERNANDEZ after learning that the earlier altercation had been captured on video tape.

Detective FOLINO and McDERMOTT obtained photos of known gang members who have been known to frequent the area of Lawrence Ave and Lawndale Ave. FERNANDEZ related to Detective FOLINO and McDERMOTT that he would be able to identify the two offenders who shot him and PATEL.

FERNANDEZ after viewing the photos presented to him by Detective FOLINO and McDERMOTT related that the two offenders that shot at him and PATEL were not present.

On 02 August 2009, Detective FOLINO contacted witness Zay RUSSELL. Zay RUSSELL agreed to be interviewed and stated he wanted to cooperate with this investigation.

RUSSELL stated the night of this incident he did not like the way the police treated him and he refused to say anything regarding his observations for that night. RUSSELL stated he knows the two offenders in this incident and has known them for a few years. RUSSELL then provided the names of "Lil David" and "Rowdy" to the Detectives and agreed to continue to cooperate.

The Reporting Detectives enlisted the assistance of Bt 5590D P.O GONZALEZ 10830 and P.O ACEVEDO 15760 who have knowledge of the Spanish Cobra gang members who frequent the area of Lawrence Ave and Lawndale Ave. Officer GONZALEZ and ACEVEDO identified "Lil David' as David GOMEZ (IR#1810580) and Anthony KURI (IR 1664880) as "Rowdy".

Detectives FOLINO and McDERMOTT prepared two separate photo arrays using black and white photographs that included a photo of David GOMEZ and a second photo array containing a photo of Anthony KURI.

On 02 August 2009 at approximately 2100 hours Detectives FOLINO and McDERMOTT relocated to Illinois Masonic Hospital and met with Tony FERNANDEZ. FERNANDEZ agreed to view these photo arrays and signed a Chicago Police Department Advisory Form prior to viewing this array.

FERNANDEZ viewed a photo array and positively identified the photo of Anthony KURI (IR#1664880) as one of the offenders he saw peddling the "Huffy" bike while a second male Hispanic was riding on the rear pegs. FERNANDEZ related the male Hispanic on the rear pegs jumped off the bike produced a handgun and began shooting into the van that he and PATEL were seated in.

Prior to viewing the second FERNANDEZ advised Detective FOLINO and McDERMOTT that he was in severe pain and not feeling well. FERNANDEZ requested that Detective FOLINO and McDERMOTT come back tomorrow (03 August 2009). This ended the interview with Tony FERNANDEZ at this time.

On 02 August 2009 at 2140 Hrs Detective FOLINO and McDERMOTT contacted Zay RUSSELL at his residence (4628 N Central Park). RUSSELL agreed to view the photo spreads containing the photos of David GOMEZ and Anthony KURI. RUSSELL read and signed the Chicago Police Department Photo Advisory Form at which time he viewed a photo spread containing Anthony KURI along with five other individuals with similar physical characteristics. RUSSELL positively identified Anthony KURI as the person he saw riding the "Huffy" bike with a second male riding on the rear pegs. RUSSELL related KURI rode up to the van he was sitting in, yelled "King Killer Bitches". RUSSELL related at that point the second male produced a handgun and began shooting into the van that he, FERNANDEZ, and PATEL were seated in. RUSSELL identified KURI by circling,

RFC 000610

signing, and dating the photo of Anthony KURI.

RUSSELL was then shown a second photo array containing a photo of David GOMEZ and five other individuals with similar characteristics. RUSSELL after viewing this photo spread positively identified David GOMEZ as the person he saw riding on the pegs of the "Huffy" bike. RUSSELL related that as KURI rode up to the van GOMEZ hopped off the pegs produced a handgun and began firing into the van that he (RUSSELL) was seated in along with FERNANDEZ and PATEL.
RUSSELL identified GOMEZ by circling signing and dating the photo of David GOMEZ. This ended the interview with Zay RUSSELL at this time.

On 03 August 2009 Detective FOLINO and Detective McDERMOTT relocated to Illinois Masonic Hospital in order to have Tony FERNANDEZ view a photo spread containing a photo of David GOMEZ along with five other individuals containing similar characteristics. FERNANDEZ positively identified David GOMEZ as the person who was riding on the pegs of the "Huffy" bike when he (GOMEZ) produced a handgun and fired into the van that he (RUSSELL), FERNANDEZ and PATEL were seated in.

After FERNANDEZ, and RUSSELL, positively identified David GOMEZ, and Anthony KURI, as the persons involved in the shooting of Gaurav PATEL and Tony FERNANDEZ the Reporting Detective issued Investigative Alerts for David GOMEZ Investigative Alert # 299961054 and Anthony KURI Investigative Alert # 299961077.

On 05 August 2009 the Area Five Robbery Mission Team located Anthony KURI and relocated him to Area Five. Detective FOLINO and McDERMOTT interviewed Anthony KURI. Below is a summary of the statement of Anthony KURI and not a verbatim account.

Anthony KURI

KURI related he has no knowledge of the murder of Gaurav PATEL nor does he have any knowledge of the shooting of Tony FERNANDEZ. KURI related he does not know David GOMEZ AKA "Little C". KURI related he never rode a bike with GOMEZ on the rear pegs nor did he ever see GOMEZ shoot a gun. Detective McDERMOTT confronted KURI with the witness identification placing him (KURI) at 4628 N Central Park Ave the scene of the shooting. KURI again denied any knowledge.

Detective FOLINO and McDERMOTT requested KURI to submit to a polygraph examination. KURI agreed and was transported to the Chicago Police Department Polygraph Unit were he submitted to a polygraph examination.
The results of this examination are the subject of a separate Supplementary Report.

Detective FOLINO and McDERMOTT transported Anthony KURI back to Area Five Detective Division where he was informed of the results of the examination. KURI related that he did know "Little David" as David GOMEZ and that the photo shown to him early was David GOMEZ. KURI denied any knowledge or participation in the murder of Gaurav PATEL or the shooting of Tony FERNANDEZ.

KURI related he goes home every night to 1935 N Tripp Ave. KURI related he arrives at his home on Tripp at 2300 Hrs and does not leave till 1100 Hrs. KURI related he has been doing this for months

RFC 000611

HM445323
DETECTIVE SUP. APPROVAL COMPLETE

and is sure he did it on 24 July 2009.

Detective FOLINO and McDERMOTT relocated to 1935 N Tripp Ave in an attempt to verify KURI'S alibi but were unable to make contact with any of the residence.

During the course of this investigation Detective FOLINO and Detective McDERMOTT made numerous attempts to contact Zay RUSSELL but were unsuccessful. Tony FERNANDEZ was still hospitalized and was unable to view a line-up.
Based on the Reporting Detectives being unable to locate RUSSELL and the fact that FERNANDEZ was still in the hospital Anthony KURI was allowed to leave Area Five Police Headquarters at this time pending a continuing investigation.
This ended the interview with Anthony KURI at this time.

The Reporting Detective learned that on 05 August 2009 information from a possible witness William JOTZAT related that he may be able to identify a subject he saw the night of the shooting.

On 07 August 2009 at 1535 Hrs David GOMEZ surrendered himself in the presence of his attorney. David GOMEZ was placed in Room E and the E.R.I. was activated. Detective KOLMAN advised GOMEZ of his constitutional rights. After being advised of his rights GOMEZ invoked his right to remain silent. GOMEZ was then processed at Area Five then escorted to the 025th District Lock Up.

On 07 August 2009 at 1630 Hours numerous attempts were made to contact the witness Zay RUSSELL in an effort to advance the investigation. This was met with negative results.

On 08 August 2009 at 0930 Hours Reporting Detective contacted William JOTZAT. Below is a summary of the interview of William JOTZAT.

JOTZAT related he resides in the area of 4600 N Central Park on the night of 24 July 2009 he was home with his wife Kate JOTZAT when he heard several shots. JOTZAT related after hearing the shots he went to his front window and observed a male white or Hispanic riding a bike north on Central Park. William could add nothing further at this time. The Reporting Detectives requested that William JOTZAT come to Area Five to view a line up.

On 08 August 2009 at 1000 Hours Reporting Detective interviewed Kate JOTZAT. Below is a summary of the interview of Kate JOTZAT.

Kate JOTZAT related she was home with her husband when she heard several shots coming from the street. Kate related she and William went to their window and looked outside. Kate related she observed a male in dark clothes riding on a bike. The Reporting Detectives requested that Kate JOTZAT come to Area Five to view a line up.

On 08 August 2009 at 1242 Hrs David GOMEZ was escorted from the 025th District lock up to Area Five Detective Division for the purpose of standing in line ups. GOMEZ was placed in interview Room B and the E.R.I was activated GOMEZ was advised of why he was here which he stated he understood.

RFC 000612

DETECTIVE SUP. APPROVAL COMPLETE

On 08 August 2009 at 1353 Hrs Kate JOTZAT viewed a line up which included David GOMEZ. Kate JOTZAT initially identified David GOMEZ but then related she could not be absolutely sure that that David GOMEZ was the individual she saw riding the bike after she heard the shots. The results of this are documented in a separate supplemental report (see line up supp).

On 08 August 2009 at 1358 Hrs William JOTZAT viewed a line up which included David GOMEZ. William JOTZAT viewed a line up which included David GOMEZ he initially identified David GOMEZ but the related he could not be 100 percent sure GOMEZ was the person riding the bike after he heard the gunshots.  The results of this are documented in a separate supplemental report (see line up supp).

On 08 August 2009 at 1655 Hrs Zay RUSSELL arrived at Area Five and agreed to assist in the investigation. RUSSELL agreed to view a line up which included David GOMEZ. RUSSELL after viewing this line up positively identified David GOMEZ as the person who shot at Gaurav PATEL, Tony FERNANDEZ and himself. The detailed results of this line up supp are documented in a separate line up report.

On 08 August 2009 at 1730 Hrs Detective Cordaro contacted the Cook County States Attorney after apprising ASA Ruth Gaudino of the facts of the case ASA Gaudino relocated to Area Five.

On 08 August 2009 at 2018 Hrs ASA Gaudino spoke to Zay RUSSELL. RUSSELL related the same facts as he previously related to the Reporting Detective. ASA Gaudino in the presence of Detective Cordaro advised Zay RUSSEL that they would like to memorialize his statement by giving an oral, handwritten, or video taped, account of what occurred on 24 July 2009. RUSSELL agreed to give a video tape account of the events of 24 July 2009. Detective CORDARO activated the E.R.I equipment. ASA GAUDINO advised RUSSELL that his statement would be audio and videotaped.

On 08 August 2009 at 2030 Hrs Detective KOLMAN along with ASA BAILY relocated to Illinois Masonic Hospital in an attempt to interview Tony FERNANADEZ. Upon arriving at Illinois Masonic the Reporting Detective learned that FERNANDEZ was being administered Morphine drip for pain management and would not be able to be interviewed. Reporting Detective along with ASA BAILY relocated back to Area Five.

On 08 August 2009 at 2155 Hrs after reviewing the facts of this case, ASA Ruth Gaudino approved the charge of First Degree Murder (PATEL) and Aggravated Battery (FERNANDEZ) against David GOMEZ.

Based on the above David GOMEZ was charged with First Degree Murder and Aggravated Battery/Firearm. The second offender Anthony KURI was not in custody and still wanted the Reporting Detective requests that this case be classified as (CLEARED OPEN BY ARREST AND PROSSECUTION).

Report of

RFC 000613

DETECTIVE SUP. APPROVAL COMPLETE

Detective Thomas KOLMAN 20448
Detective Robert CORDARO 20680

RFC 000614