IN RE:    JOHN DOE INVESTIGATION

GJ# AUG 245

BEFORE THE GRAND JURY OF COOK COUNTY

AUGUST, 2009

REPORT OF GRAND JURY PROCEEDINGS
on the 18th day of August, 2009, at the
Cook County Criminal Courts Building, 2600
South California Avenue, Chicago, Illinois
60608.

PRESENT:
HONORABLE ANITA ALVAREZ,
State's Attorney of Cook County, Illinois, by:
MS. KRISTA PETERSON:
appeared on behalf of the People
of the State of Illinois

WITNESS:

ZAE RUSSELL

REPORTED BY:
HELEN M. HACKNEY
CERTIFIED SHORTHAND REPORTER
2650 SOUTH CALIFORNIA AVENUE
CHICAGO, ILLINOIS 60608
ILLINOIS CSR LICENSE NO. 084-001452

**Exhibit 28**

RFC 004463

THE FOREPERSON: Would you raise your right hand?

(Witness duly sworn.)

MS. PETERSON: Okay. I'm Assistant State's Attorney Krista Peterson of the Homicide Sex Unit. I'm appearing today on Grand Jury Number August 245, which is a John Doe investigation relating to the homicide of Gaurav Patel, which occurred July 24th, 2009. We are not seeking an indictment at this time. The RD Number is HR 445323.

The Grand Jury does have the right to subpoena and question any person against whom the State's Attorney is seeking a Bill of Indictment, or any other person, and to obtain and examine any documents or transcripts relevant to the matter being prosecuted by the State's Attorney.

At this time I ask leave to call Zae Russell.

Z A E    R U S S E L L,

called as a witness herein, having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY: MS. PETERSON:

Q.    Zae, have you been sworn to tell the truth?

A.    Yes, ma'am.

Q.    Please state your full name.

A.    Zae Russell.

RFC 004464

Q. Zae, how old are you?

A. 19.

Q. What is your date of birth?

A. May 24, 1990.

Q. Were you born in Chicago?

A. Yes.

Q. Have you lived in Chicago your entire life?

A. Yes, ma'am.

Q. What high school do you attend?

A. Roosevelt.

Q. What year did you stop attending Roosevelt?

A. Freshman.

Q. Okay. Where do you live now?

A. 4628 North Central Park.

Q. Are you the member of a gang?

A. No, naw.

Q. Do people think that you are the member of a gang?

A. Yeah.

Q. What gang?

A. CVL's.

Q. What does that stand for?

A. Conservative Vice Lords.

Q. Do you know someone by the name of Tony

RFC 004465

RFC 004466

Q. Zae, how old are you?

A. 19.

Q. What is your date of birth?

A. May 24, 1990.

Q. Were you born in Chicago?

A. Yes.

Q. Have you lived in Chicago your entire life?

A. Yes, ma'am.

Q. What high school do you attend?

A. Roosevelt.

Q. What year did you stop attending Roosevelt?

A. Freshman.

Q. Okay. Where do you live now?

A. 4628 North Central Park.

Q. Are you the member of a gang?

A. No, naw.

Q. Do people think that you are the member of a gang?

A. Yeah.

Q. What gang?

A. CVL's.

Q. What does that stand for?

A. Conservative Vice Lords.

Q. Do you know someone by the name of Tony

4

Fernandez?

A. Yeah.

Q. How long have you known Tony?

A. About 7 years.

Q. Okay. Have you known him since grammar school?

A. Yeah.

Q. Did you and he grow up in the same neighborhood?

A. Yeah.

Q. Okay. You have to answer yes or no, okay, so she can type it.

A. Yes.

Q. Thank you. Do you know someone by the name of Gaurav Patel?

A. Yes, ma'am.

Q. And, Gaurav Patel, how did you meet him?

A. Through Tony.

Q. Okay. How long did you know Mr. Patel?

A. For about a month and a half, almost two months.

Q. Do you know someone who goes by the nickname Rowdy?

A. Yeah.

Q. Do you know Rowdy to be the member of a gang?

A. Yeah.

Q. What gang?

RFC 004468

A. Spanish Cobras.

Q. Do you know someone who goes by the nickname Little David or Little C?

A. Yeah.

Q. Do you know him to be the member of a gang?

A. Yeah.

Q. Can you say yes or no?

A. Yes, yes.

Q. Thank you. Do you know his full name to be David Gomez?

A. Yes, ma'am.

Q. How is it that you know Rowdy and David Gomez?

A. From the neighborhood as I was growing up. We grew up together.

Q. And, do you get along with Little C or David Gomez and Rowdy now?

A. No.

Q. Okay. Is David Gomez also the member of a gang?

A. Yes.

Q. What gang?

A. Spanish Cobras.

Q. Okay. And, does the Spanish Cobras and the CVL's, do those two gangs get along?

A. Naw. No.

RFC 004469

6

Q.   Zae, I want to ask you some questions about July 24th, of 2009, at 12:30 in the morning.  Were you hanging out with Tony and Gaurav Patel and some other people?

A.   Yes.

Q.   Okay.  At some point did you ask to be taken home?

A:   Yes.

Q.   Okay.  And, at the point when you were driving to your house who was in the van?

A.   Me, Tony, and Patel.

Q.   Okay.  Whose van is it?

A.   Tony's.

Q.   Who was driving?

A.   Patel.

Q.   Where were you and Tony seated?

A.   Behind him.

Q.   Behind Patel?

A.   Yeah.

Q.   Was anyone in the front seat at that time?

A.   No.

Q.   And, when Patel pulled up to your address, 4628 North Central Park, what happened?  What did you see?

A.   I seen Rowdy driving a bike toward us.

Q.   Okay.  Was anyone else on the bike with Rowdy?

A.   Rowdy and Little David was on the back holding onto his shoulders, on the pads.

Q.   And, did Patel stop the van in front of your house?

A.   Yes.

Q.   And, what happened when Patel stopped the van?

A.   He stopped in front of my house, and Rowdy dropped the bike and David hopped off and started shooting.

Q.   Okay.  And, when David started shooting where was he shooting towards?

A.   Towards the van.

Q.   Okay.  Were you and Patel and Tony still in the van?

A.   Yeah.

Q.   Okay.  And, did you see where David Gomez got the gun from?

A.   Yeah.  He pulled it out of his shirt.

Q.   Okay.

A.   And, I seen him run, and I ducked.

Q.   Okay.  And, when you ducked down did you hear gunshots?

A.   Yeah.

Q.   Yes or no?



RFC 004472

A. Rowdy and Little David was on the back holding onto his shoulders, on the pads.

Q. And, did Patel stop the van in front of your house?

A. Yes.

Q. And, what happened when Patel stopped the van?

A. He stopped in front of my house, and Rowdy dropped the bike and David hopped off and started shooting.

Q. Okay. And, when David started shooting where was he shooting towards?

A. Towards the van.

Q. Okay. Were you and Patel and Tony still in the van?

A. Yeah.

Q. Okay. And, did you see where David Gomez got the gun from?

A. Yeah. He pulled it out of his shirt.

Q. Okay.

A. And, I seen him run, and I ducked.

Q. Okay. And, when you ducked down did you hear gunshots?

A. Yeah.

Q. Yes or no?

RFC 004473

A.   Yes.

Q.   How many gunshots did you hear?

A.   About 5 or 6 shots.

Q.   Okay.   What happened then?

A.   Then I guess they ran, and I looked up and Tony was saying that he was shot in the leg, and I told Patel to drive off, and he was saying that he couldn't breathe.

Q.   Who said that?

A.   Patel.

Q.   Okay.   And, so when Patel said he couldn't breathe what happened then?

A.   He drove a little bit, but I don't know.   I guess he like passed out, and Tony hopped in the front of the driver's side like on his lap and took control of the car, and then we had like got down to Wilson, and we made a right, and the car had cut off, and we had like crashed like right in front of my -- one of my guy's house.

Q.   Okay.   And, that was on Wilson?

A.   Yeah, Wilson and Lawndale.

Q.   And, did you at that point realize that Patel and Tony had both been shot?

A.   Yes.

Q.   Did you see them go in an ambulance?

A.   Yes.

RFC 004474

Q. Did you later learn that Patel had died?

A. Yes.

Q. And, what -- did you learn what had happened to Tony?

A. Yes.

Q. Where was he shot?

A. In the leg.

Q. On August 2nd, 2009, did some Chicago Police detectives come to your house?

A. Yes.

Q. And, did they show you two photo arrays?

A. Yes.

Q. And, did you recognize anyone in the photo arrays they showed you?

A. Yes.

Q. Who did you recognize?

A. David and Rowdy.

Q. And, did you tell the detectives that you recognized those two people in the photo arrays?

A. Yes.

Q. Did anyone tell you who to pick out of the photo arrays?

A. No.

Q. On August 8th, 2009, did you go to the police

RFC 004475

station at Grand and Central?

A. Nope -- no.

Q. I'm sorry? No?

A. I mean what?

Q. On August 8th, 2009, did you go to the police station at Grand and Central?

A. Yeah.

Q. All right. And, is that a yes?

A. Yes, yes.

Q. While you were there did you view a lineup?

A. Yes.

Q. And, did you recognize anyone in the lineup?

A. Yes.

Q. Who was in the lineup?

A. David.

Q. David Gomez?

A. David Gomez.

Q. Is that the person that you saw pull out the gun and shoot at the van?

A. Yes.

Q. Did you tell the police that you recognized David Gomez in the lineup?

A. Yes.

Q. And, did anyone tell you who to pick out of the

11

lineup?

A.   No.

Q.   Did you also speak to a state's attorney by the name of Ruth Gudino, G-u-d-i-n-o, while you were at Grand and Central on August 8th?

A.   Yes.

Q.   Did she introduce herself to you and explain that she was a state's attorney, which meant she was a lawyer, not your lawyer or a lawyer for anyone involved in the case?

A.   Yes.

Q.   And, did you agree to talk to her?

A.   Yes.

Q.   Did you also agree to have your conversation with her videotaped?

A.   Yes.

Q.   Did you tell the state's attorney the same things that you are telling the Grand Jury today?

A.   Yes.

Q.   Did she also show you some photos of people while she was talking to you?

A.   Yes.

Q.   Did you tell her who was in those photos and sign your name on them?

RFC 004477

12

A. Yes.

Q. Did anyone else -- did anyone in the van with you have any weapons on July 24th, 2009?

A. No.

Q. As far as your contact with the police today, how did the police treat you?

A. It was good.

Q. Okay. And, while you were at Grand and Central on August 8th, did they offer you something to eat and drink?

A. Yes.

Q. Did they allow you to use the bathroom?

A. Yes.

Q. Were you ever handcuffed?

A. Naw.

Q. Did anyone, the police, the state's attorney, or anyone else, force you or threaten you in any way to get you to speak with them?

A. No.

Q. Did you speak with the police and the state's attorneys freely and voluntarily?

A. Yes.

Q. Did anyone promise you anything to get you to speak with them?

RFC 004478

13

A. No.

Q. Were you under the influence of drugs or alcohol when you spoke to the police and state's attorney?

A. No.

Q. You came here today to this building and spoke with me, correct?

A. Yes.

Q. Did you come here on your own?

A. Yes.

Q. Did you speak with me freely and voluntarily?

A. Yes.

Q. Before we spoke did I explain to you that I was a state's attorney?

A. Yes.

Q. Did you understand what my position was?

A. Yes.

Q. You told me the same things that you're telling the Grand Jury right now, correct?

A. Yes.

Q. Did anyone, me or anyone else, force you or threaten you in any way to get you to testify today?

A. No.

Q. Are you doing so freely and voluntarily?

A. Yes.

RFC 004479

14

Q. Are you under the influence of drugs or alcohol today?

A. No.

Q. You have a pending misdemeanor battery case in Branch 23. The next court date is September 24th; is that right?

A. Yes.

Q. Did anyone make you any promises or deals in regard to that case to get you to cooperate in this case?

A. No.

Q. You also had a case for drinking on a public way. You plead guilty on August 11th, 2009, and you received time considered served; is that right?

A. Yes.

Q. Did anyone make any deals or promises with you in regard to that case to get you to cooperate in this case?

A. No.

Q. I'm showing you what I have marked as Grand Jury Exhibit Number One. Who is shown in that photograph?

A. David.

Q. Is that the person that you saw shooting at the van on July 24th?

A. Yes.

RFC 004480

15

Q.   Can you sign your name on Grand Jury Exhibit Number One?

(Indicating

Q.   Showing you what's been marked Grand Jury Exhibit Number Two.   Who is in that photograph?

A.   Rowdy.

Q.   Is this the person that was with David Gomez when he was shooting at the van or July 24th?

A.   Yeah.

Q.   Please sign your name on Grand Jury Exhibit Number Two.

(Indicating)

MS. PETERSON:  I have no further questions for Zae Russell.  Do the members of the Grand Jury have any questions?

(No response)


(Witness excused.)

(Investigation continues)

RFC 004481

16

STATE OF ILLINOIS)
               ) SS:
COUNTY OF C O O K)

         I, HELEN M. HACKNEY, a licensed Shorthand Court Reporter in the State of Illinois, do hereby certify that I reported in shorthand the hearing of the aforementioned cause before the Grand Jury of Cook County, Illinois; that I thereafter caused the foregoing to be transcribed into typewriting, which I hereby certify to be a true and accurate transcript of the proceedings had.

Helen M. Hackney
Certified Shorthand Reporter
License No. 084-001452

RFC 004482