

RFC 001218