

**CHICAGO POLICE DEPARTMENT**
**CRIME SCENE PROCESSING REPORT**
3510 South Michigan Avenue
Chicago, Illinois 60653
(for use by Chicago Police Department Personnel Only)

Report No.: **99518**
Incident: **RD HR445323**
Event No.: **925213713**
Status: **SUBMITTED**

Report No.: **99518** Incident: **RD HR445323** Event No.: **925213713** Unit Assigned (Beat): **5854** ME No.:
IUCR: **0110 HOMICIDE FIRST DEGREE MURDER**
Assignment Type: **BUCCAL SWAB** Requested By **5533**
No Service: **NO** ERT Assignment: **NO** Secured: **NO**
Date / Time Received: **09-SEP-2009 17:29** Arrived: **09-SEP-2009 17:30** Completed: **09-SEP-2009 18:33**
Address of Service **5555 W GRAND AVE APT AREA 5 CHICAGO, IL    BEAT: 2515**
Address of Incident **4628 N CENTRAL PARK AVE CHICAGO, IL 60625   BEAT: 1723**
Associated Incidents

### Investigating Officers and Technicians

| | | | |
|---|---|---|---|
| Evidence Technician | **SHEPARD, CHARLES** | Star No: **7979** | Unit: **377** |
| Detective | **KOLMAN, THOMAS** | Star No: **20448** | Unit: **650** |
| Detective | **MC DERMOTT, TIMOTHY** | Star No: **21084** | Unit: **650** |
| Detective | **FOLINO JR, JOHN** | Star No: **20143** | Unit: **650** |

### Involved People

| | Name | Sex | Race | Age D.o.B. | IR No. CB No. |
|---|---|---|---|---|---|
| Victim | **FERNANDEZ, TONY** | **MALE** | **WHITE HISPANIC** | **23 09-MAR-1986** | |
| Victim | **PATEL, GAURAV** | **MALE** | **ASIAN/PACIFIC ISLANDER** | **22 08-AUG-1987** | |
| Possible Suspect | **GOMEZ, DAVID** | **MALE** | **WHITE HISPANIC** | **18 22-MAY-1991** | |
| Possible Suspect | **KURI, ANTHONY** | **MALE** | **WHITE HISPANIC** | **20 22-OCT-1988** | |

### Inventories

| Inventory No. | Property Type | Investigating Officer |
|---|---|---|
| **11783793** | **BUCCAL SWABS** | **FOLINO JR, JOHN L** |

### Inventory Items

| Inventory No. | Item ID | Qty | Property Type | Description |
|---|---|---|---|---|
| **11783793** | **3613383** | **1** | **BUCCAL SWABS** | **SEALED BUCCAL SWAB COLLECTION KIT WITH SIGNED CONSENT TAKEN FROM KURI, ANTHONY IN AREA 5 DET. DIV.** |

### Firearms
None

### Crime Scene Photos
Crime Scene Video Exists **NO**
**No photos exist**

### Involved Vehicles
None

### Narrative
R/T REQUESTED FOR A BUCCAL SWAB COLLECTION IN AREA 5 DETECTIVE DIVISION. R/T ADMINISTERED A BUCCAL SWAB TO ANTHONY KURI WITH HIS SIGNED CONSENT IN THE PRESENCE OF DETECTIVE FOLINI #20143 AT 1810 HOURS IN AREA 5 DETECTIVE DIVISION. INVENTORIED SAME IN UNIT #377.

Submitted by **SHEPARD CHARLES H** Star No **7979** on **09-SEP-2009 18:33**

RFC 000100

