# Transcript of the Testimony of **Detective Tina Figuerora-Mitchell**

**Date:** October 21, 2014

**Case:** Anthony Kuri v. The City of Chicago, et al.

Printed On: January 29, 2016

Siebert and Associates Court Reporters, Inc.
Phone:773 851-7779
e-mail:cmsreporters@comcast.net

100

Q. So question No. 5 was, again, "Did you ride a bike to that van that the Indian kid was sitting in"?

A. Yes, sir.

Q. And is it your understanding the Indian kid, Mr. Patel, is that who was murdered?

A. Yes.

Q. Now, it looks like the scores were much lower on R8 and R9, R8 had said, "Did you see who shot into that van;" that's correct?

MS. BENJAMIN: Object to form.

THE WITNESS: That's correct.

BY MR. FELDMAN:

Q. And so that there was no deception indicated there, is that correct?

A. That's correct.

Q. And with respect to R9, it says, "Did you see the gun that was used in this shooting," that was actually the lowest numbers of all; is that correct?

A. Correct.

Q. Which would indicate there was no deception there?

101

A.    Correct.

Q.    So is this, are the test results here inconsistent in your mind?

MS. BENJAMIN:  Object to form.

THE WITNESS:  Not at all.

BY MR. FELDMAN:

Q.    Please explain.

A.    In my training, we are told that the person is afraid of the most a question that attacks him.  His mindset is going to go with the question where he's actually afraid of.  So if he's afraid of No. 5 more than he is afraid of No. 8 and 9 and 3, his mindset is right there focused on No. 5.  If he was an innocent person, his mindset would have been focused on the comparison question because I was asking him about harming anyone.

Q.    And that was actually his second, that got the second highest reaction; correct?

A.    Correct.

Q.    So again your test results indicated that his responses were truthful with the question of "Did you see who shot into the van"?