# CHICAGO POLICE DEPARTMENT
# CASE SUPPLEMENTARY REPORT

3510 S. Michigan Avenue, Chicago, Illinois 60653
For use by Chicago Police - Bureau of Investigative Services Personnel Only)

**HR445323**

Case id : 7039009
Sup id : 7530421    CASR339

| POLYGRAPH | DETECTIVE SUP. APPROVAL COMPLETE |
|---|---|

| Last Offense Classification/Re-Classification | IUCR Code | Original Offense Classification | IUCR Code |
|---|---|---|---|
| **HOMICIDE / First Degree Murder** | **0110** | HOMICIDE / First Degree Murder | 0110 |

| Address of Occurrence | Beat of Occur | No of Victims | No of Offenders | No of Arrested | SCR No |
|---|---|---|---|---|---|
| **4628 N CENTRAL PARK AVE** | **1723** | 1 | | 0 | |

| Location Type | Location Code | Secondary Location | Hate Crime |
|---|---|---|---|
| **Street** | **304** | | No |

| Date of Occurrence | Unit Assigned | Date RO Arrived | Fire Related? | Gang Related? | Domestic Related? |
|---|---|---|---|---|---|
| **24-JUL-2009 00:30** | **1723** | 24-JUL-2009 00:32 | NO | NO | NO |

| Reporting Officer | Star No | Approving Supervisor | Star No | Primary Detective Assigned | Star No |
|---|---|---|---|---|---|
| FIGUEROA-MITCHE, Tina | 20445 | CHUDZIK, Walter | 2273 | PIETROWSKI, Arlen | 20244 |

| Date Submitted | Date Approved | Assignment Type |
|---|---|---|
| 05-AUG-2009 22:31 | 06-AUG-2009 01:01 | FIELD |

## THIS IS A FIELD INVESTIGATION POLYGRAPH REPORT

**VICTIM(S):**

### PATEL, Gaurav
Male / Asian/Pacific Islander / 21 Years
**DOB:** 08-AUG-1987
**RES:**
Chicago IL 60630

**SSN:**

**DLN/ID:** · IL

**SUSPECT(S)**

### KURI, Anthony
Male / White Hispanic / 20 Years
**DOB:** 22-OCT-1988
**DESCRIPTION:** Light Complexion
**RES:** 3801 W Ainslie St 1st
Chicago IL
**IDENTIFIED BY:** Photo
**IR#:** 1664880

### GOMEZ, David
Male / White Hispanic / 28 Years
**DOB:** 22-MAY-1981
**DESCRIPTION:** Short Hair Style,
**RES:** 334 W Dale
Addison IL
**IDENTIFIED BY:** Photo Video Tape
**IR#:** 1810580
**WEARING:** Black Hooded Sweatshirt With White T-Shirt

**HR445323**

RFC 000543

DETECTIVE SUP. APPROVAL COMPLETE

**RELATIONSHIP OF VICTIM TO OFFENDER:**

PATEL, Gaurav        - Unknown

**VICTIM INJURIES**     **PATEL, Gaurav**

| Type | Weapon Used | Weapon Description |
|---|---|---|
| Gun Shot Wound Injured by Offender | Handgun | Other - Handgun |

**CFD RESPONDING UNIT:** Cfd#32

**HOSPITAL:** Illinois Masonic
**INJURY TREATMENT:** D.O.A.

**PHYSICIAN NAME:** Dahman

**TRANSPORTED TO:**     **PATEL, Gaurav**          (Victim)

Transported To Illinois Masonic

**VEHICLE INFO:**     **Automobile, 1998 / Plymouth / Voyager / Hardtop, 4-Door**

Victim's VehicleVehicle TowedEvidence

**VIN:** 2P4GP44R3WR3WR804393

**YEAR (RANGE):**        1998

**COLOR(TOP/BOTTOM):** Maroon Or Burgundy / Maroon Or Burgundy

**DESCRIPTION:** Body Damage, Broken Glass

**OWNER:** Niveth Marano

**POSSESSOR/USER:** GAURAV PATEL

**LOCATION FOUND:** 3716 W. WILSON

**LICENSE:** A441304, Passenger Car, IL

**REASON:** Hold For Investigation

**LOCATION OF INCIDENT:**
4628 N Central Park Ave
Chicago IL 60625
304 - Street

**DATE & TIME OF INCIDENT:**
24-JUL-2009 00:30

**DEATH INFORMATION:**     **PATEL, Gaurav**          (Victim)

**DATE OF DEATH:** 24-JUL-2009 01:10

**MOTIVE CODE(S):**     Gangs

**METHOD CODE(S):**     Person(S) Shot

**CAU CODE(S):**     Gang Related

**OTHER PROPERTY RECOVERED:**
**INV #:** 11737150
**Evidence**
One Expended Cbc .380 Caliber Auto Cartridge Case, Marker #1
**QUANTITY:** 1
**LOCATION FOUND:** RECOVERED FROM STREET PAVEMENT AT 4628 N. CENTRAL PARK AVE.

**INV #:** 11737150

RFC 000544

DETECTIVE SUP. APPROVAL COMPLETE

**Evidence**

One Expended Cbc .380 Auto Cartridge Case, Marker #2

**QUANTITY:** 1

**LOCATION FOUND:** RECOVERED FROM CURB PAVEMENT AT 4628 N. CENTRAL PARK AVE.

**INV #:** 11737150

**Evidence**

One Expended Cbc .380 Caliber Auto Cartridge Case, Marker #3

**QUANTITY:** 1

**LOCATION FOUND:** RECOVERED FROM GRASS PARKWAY AT 4628 N. CENTRAL PARK AVE.

**INV #:** 11737150

**Evidence**

One Expended Cbc .380 Auto Cartridge Case, Marker #4

**QUANTITY:** 1

**LOCATION FOUND:** RECOVERED FROM GRASS PARKWAY AT 4628 N. CENTRAL PARK AVE.

**INV #:** 11737150

**Evidence**

One Expended Cbc .380 Atuo Cartridge Case, Marker #5

**QUANTITY:** 1

**LOCATION FOUND:** RECOVERED FROM GRASS PARKWAY AT 4628 N. CENTRAL PARK AVE.

**INV #:** 11737150

**Evidence**

One Expended Cbc .380 Auto Cartridge Case, Marker #6

**QUANTITY:** 1

**LOCATION FOUND:** RECOVERED FROM GRASS PARKWAY AT 4628 N. CENTRAL PARK AVE.

**INV #:** 11737154

**Evidence**

Glass Shard Sample, Marker #7

**LOCATION FOUND:** RECOVERED FROM STREET PAVEMENT

**INV #:** 11737165

**Evidence**

**PROPERTY TYPE:** BICYCLES

**MODEL:** K6294b071

One Blue And Silver Colored Huffy Brand Bicycle, Marker #8

**SERIAL:** BR07119953

**QUANTITY:** 1

**LOCATION FOUND:** SIDEWALK PAVEMENT

**INV #:** 11737156

**Evidence**

One Fired Bullet, Marker #9

**QUANTITY:** 1

**LOCATION FOUND:** INSIDE PLYMOUTH GRAND VOYAGER IL PLATE #A441304-FRONT PASSENGER FLOORBOARD

---

RFC 000545

DETECTIVE SUP. APPROVAL COMPLETE

**INV #:** 11737156
**Evidence**
One Metal Fragment, Marker #10
**QUANTITY:** 1
**LOCATION FOUND:** INSIDE PLYMOUTH GRAND VOYAGER IL PLATE #A441304-DRIVER'S SIDE FLOORBOARD

**INV #:** 11737156
**Evidence**
One Metal Fragment, Marker #11
**QUANTITY:** 1
**LOCATION FOUND:** STREET PAVEMENT UNDER PLYMOUTH VOYAGER IL PLATE #A441304

**INV #:** 11737158
**Evidence**
Glass Shard Sample
**QUANTITY:** 1
**LOCATION FOUND:** INSIDE PLYMOUTH GRAND VOYAGER IL PLATE #A441304 FROM PASSENGER'S SIDE SLIDING DOOR

**INV #:** 11737161
**Evidence**
Blood Sample
**QUANTITY:** 1
**LOCATION FOUND:** FROM BLOOD ON REAR PASSENGER'S SIDE FLOORBOARD FROM PLYMOUTH VOYAGER IL PLATE #A441304

**INV #:** 11737161
**Evidence**
Blood Sample
**QUANTITY:** 1
**LOCATION FOUND:** FROM BLOOD ON FRONT FLOOR CARPET BETWEEN DRIVER AND PASSENGER SEATS FROM PLYMOUTH VOYAGER IL PLATE #A441304

**INV #:** 11737162
One Black Plastic Replica Gun With Blood Stains, Marker #12
**QUANTITY:** 1
**LOCATION FOUND:** FROM FRONT FLOORBOARD OF PLYMOUTH VOYAGER IL PLATE #A441304

**VEHICLE(S) DAMAGED:** Automobile, 1998 / Plymouth / Voyager / Hardtop, 4-Door
**Evidence**
**VIN:** 2P4GP44R3WR3WR804393
**YEAR - YEAR RANGE END:** 1998

**COLOR (TOP/BOTTOM):** Maroon Or Burgundy / Maroon Or Burgundy
**DESCRIPTION:** Body Damage, Broken Glass
**OWNER:** Niveth Marano
**POSSESSOR/USER:** GAURAV PATEL

RFC 000546

HH445323

DETECTIVE SUP. APPROVAL COMPLETE

**LOCATION FOUND:** 3716 W. WILSON

**LICENSE:** A441304, Passenger Car, IL

**REASON:** Hold For Investigation

**PERSONNEL ASSIGNED:**

**Assisting Detective/Youth Inv.**

| | | | |
|---|---|---|---|
| SZWEDO, Frank A | # 20813 | **BEAT:** 5522 | |

**Assisting Officer**

| | | |
|---|---|---|
| NESTOROWICZ, Piotr **T** | # 16883 | **BEAT:** 1754 |
| ZALINSKI, Kimberly S | # 5192 | **BEAT:** 1795 |
| PATEL, Gautambha S | # 15811 | **BEAT:** 1772 |
| VENTURA, Marr C | # 4291 | **BEAT:** 1772 |

**Case Supervisor On Scene**

| | | |
|---|---|---|
| MILLS, Thomas | # 2020 | **BEAT:** 5510 |

**Detective/Investigator**

| | |
|---|---|
| PIETROWSKI, Arlen J | # 20244 |
| VALKNER, John L | # 20111 |
| KOLMAN, Thomas | # 20448 |

**Forensic Investigator**

| | | |
|---|---|---|
| SZWED, Eric P | # 4781 | **BEAT:** 5802 |

**Guard Scene**

| | | |
|---|---|---|
| NIEDZIELAK, Patrick M | # 4415 | **BEAT:** 1731 |
| MC CORMACK, Kathleen A | # 19924 | **BEAT:** 1706A |
| PINZINE, Michael R | # 17297 | **BEAT:** 1706A |
| ESQUIVEL, Richard M | # 7192 | **BEAT:** 1731 |

**Reporting Officer**

| | | |
|---|---|---|
| PEELE, Raena L | # 4919 | **BEAT:** 1723 |
| CMELKA, Darlene V | # 16854 | **BEAT:** 1723 |

**WITNESS(ES):**

## SIECZKO, Anna

Female / White / 52 Years

**DOB:** 09-MAR-1957

**RES:**  4607 N Central Park Ave 1st
Chicago IL
773-478-
3961

## RUSELL, Zay

Male / Black / 19 Years

**DOB:** 24-MAY-1990

**RES:**
Chicago IL 60625

## RUSSELL, Demetria

Female / Black / 20 Years

**DOB:** 06-MAR-1989

**RES:**
Chicago IL

RFC 000547

DETECTIVE SUP. APPROVAL COMPLETE

773-588-
3626

### RUSSELL, Antionett

Female / Black / 13 Years

**DOB:** 15-NOV-1995

**RES:**  Ave 1st
Chicago IL

**OTHER INDIVIDUALS
INVOLVED:**

### FERNANDEZ, Tony                    (Additional Victim)

Male / White Hispanic / 23 Years

**DOB:** 09-MAR-1986

**RES:**
Chicago IL

#### GANG INFORMATION:

-

**LISTED CRIMINAL ORGANIZATION:** Latin Kings
**GANG IDENTIFIERS:** Victim/Witness Statement

**ADDITIONAL VICTIM
INJURIES**

### FERNANDEZ, Tony

| Type | Weapon Used | Other Weapon Used |
|---|---|---|
| Gun Shot Wound | Handgun | Other - Handgun |
| Injured by Offender | | |

**CFD RESPONDING UNIT:** Cfd #48

**HOSPITAL:** Illinois Masonic
**PHYSICIAN NAME:** Dr.Dahman

**CRIME CODE
SUMMARY:**

0110 - Homicide - First Degree Murder
041A - Battery - Aggravated: Handgun

**IUCR ASSOCIATIONS:**

0110 - Homicide - First Degree Murder

| | | |
|---|---|---|
| PATEL, Gaurav | ( Victim ) | |
| GOMEZ, David | | ( Suspect ) |

041A - Battery - Aggravated: Handgun

| | | |
|---|---|---|
| FERNANDEZ, Tony | ( Additional Victim ) | |
| GOMEZ, David | | ( Suspect ) |

**REPORT DISTRIBUTIONS:**     No Distribution

RFC 000548

DETECTIVE SUP. APPROVAL COMPLETE

**INVESTIGATION:**

CHICAGO POLICE DEPARTMENT
FORENSICS SERVICES DIVISION

The following are the results of the polygraph examination conducted by the POLYGRAPH SECTION regarding the below listed investigation.

Examination Briefing
--------------------

RD:    HR445323
CASE CLASSIFICATION: Homicide

SUBJECT:   Kuri, Anthony

DATE OF EXAMINATION: 05 AUG 09
TIME:    2040
REQUESTED BY:  Det. McDermott #21084    UNIT:    650
EXAMINED BY:  T. Figueroa-Mitchell #20445

FINDINGS:
---------

EXAMINATION RESULT: Deception Indicated [r5]

Submitted by:   T. Figueroa-Mitchell #20445