IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION


ANTHONY KURI (a.k.a. RAMSEY      )
QURASH),                         )   No. 1:13-1653
          Plaintiff,             )
 -vs-                            )
THE CITY OF CHICAGO,             )
DETECTIVES SZWEDO, VALKNER,      )
FOLINO, McDERMOTT, KOLMAN,       )
CORDARO, FIGUEROA-MITCHELL,      )
OFFICERS LOPEZ, SANCHEZ,         )
and AS-YET UNKNOWN CHICAGO       )
POLICE DEPARTMENT MEMBERS,       )
          Defendants.            )
                                 )


          The VIDEOTAPED deposition of

SUGORIA I. RUSSELL, taken pursuant to the

United States District Courts pertaining to the

taking of depositions, taken before Cynthia

Moreno, C.S.R. No. 84-3635, at the Cook County

Department of Corrections, 3015 South

California, Division 11, Chicago, Illinois, on

the 17th day of October, A.D. 2016, commencing

at 10:40 A.M.

73

you were giving on the stand?

A.   No.

MR. FELDMAN:  Object to form.

BY MS. BENJAMIN:

Q.   Have you ever been intimidated by rival gang members?

A.   No.

Q.   Have you been intimidated in Court to change your testimony by rival gang members?

A.   No.

MS. BENJAMIN:  Any questions?

FURTHER EXAMINATION

BY MR. FELDMAN:

Q.   Mr. Russell, I asked you before.  I'll just ask you one ore time.  Have you ever in your lifetime seen Rowdy riding a bike with David Gomez on the back?

A.   No. I thought this was all the questions, man.  Is we done with this because I ain't got nothing else to talk about?  I'm tired.  I'm ready to go to sleep.  I ain't feeling --

MR. FELDMAN:  Why don't we go off the record for a second.