UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANTHONY KURI, (a/k/a          )
Ramsey Qurash),               )
                              )
          Plaintiff,          )
                              )
    -vs-                      ) Case No. 13 C 1653
                              ) Judge Joan B.
THE CITY OF CHICAGO, et.      ) Gottschall
al.,                          )
                              )
          Defendants.         )

DEPOSITION OF DAVID GOMEZ

          The DEPOSITION OF DAVID GOMEZ, produced,

sworn and examined on July 17, 2015, between the hours

of 9:25 a.m. and 12:09 p.m. of that day, at the

Jacksonville Correctional Center, 2268 East Morton

Avenue, Jacksonville, Illinois, before Susan Randolph,

Certified Shorthand Reporter, License No. 084-003240,

for the State of Illinois, was taken on behalf of the

Defendants.

David Gomez - 07/17/2015         Pages 82..85

Page 82

A. My brothers and my sister.

Q. So your family was there every day the court, --

A. Yeah.

Q. -- the case was up? How about your mom?

A. No. My mom wasn't, she wasn't here. She was in Mexico at the time.

Q. Okay. How about Diaz, did he come?

A. Yeah, he showed up.

Q. Was he there all three days?

A. Yeah.

Q. How about Seno? C Money? I'm sorry.

A. No, he wasn't there.

Q. How about Korean, was he there?

A. That's, that's Diaz.

Q. I'm sorry. Chino?

A. No, he wasn't there.

Q. Did you know if Anthony Kuri had anybody there for him?

A. There was nobody there for him.

Q. Okay. Do you know if his dad was there at all?

A. Not that I know of.

Q. All right. Were there any other Spanish

Page 83

Cobras there?

A. Yeah.

Q. Okay. Besides Diaz?

A. Yeah.

Q. How many others?

A. Probably about eight of them.

Q. And these were all Lawrence and Lawndale Spanish Cobras?

A. Yeah.

Q. And they were all there each time the case was on trial?

A. Yeah.

Q. And were any of the Spanish Cobras that were present in court were they above the level of street soldier?

A. Yeah.

Q. And who above the level of street soldier was there?

A. The governor.

Q. And who was that?

A. His name is, we call him M City.

Q. Do you know his real name?

A. No.

Q. Do you just not want to say his real name?

Page 84

A. I don't know his real name.

Q. Okay. Do you know where he lives?

A. No, I don't.

Q. Is he older than you?

A. Yeah.

Q. How old would you say?

A. At the time he was probably about like 27.

Q. Okay. So now he is probably 30-ish?

A. Yeah.

Q. Is M City still the governor of the Spanish Cobras to your knowledge?

A. I don't know.

Q. And how about the second seat, was he there?

A. No.

Q. And how about...all right. Did the proceeding end with testimony and then you went back to the jail and then come back for the verdict, or was that all --

A. No. As soon as the testimony ended, the Judge gave me a verdict.

Q. Okay. So you spent the whole day in court hearing testimony?

A. Yeah.

Q. Okay. And that day Zay Russell testified?

Page 85

A. Yeah.

Q. And Tony Fernandez testified?

A. Yeah.

Q. Did any police officers testify that day?

A. No.

Q. Okay. Was there any other testimony besides the two of them?

A. No.

Q. And then how long after their testimony was heard did the Judge rule?

A. He, he ruled right after.

Q. Okay. And when that ruling was read, and you heard that you were being found not guilty, you were pretty darn happy, right?

A. Yeah.

Q. Okay. And when the Judge was reading his ruling did you believe him to be telling you that he still thought you did it?

A. Yeah. That's exactly what he told me.

Q. Okay. And was he telling that to both you and Anthony Kuri?

A. No. He was talking to me.

Q. Okay. And when he was saying that...did you perceive him to be telling you that he felt you