IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANTHONY KURI,                          )
                                       )
                Plaintiff,             )
                                       )
        vs.                            )   No. 13 C 1653
                                       )
THE CITY OF CHICAGO, DET.              )
SZWEDO (Star No. 20813),               )
DET. VALKNER (Star No.                 )
20111), DET. FOLINO (Star              )
No. 20143), DET. McDERMOTT             )
(Star No. 21084), DET.                 )
KOLMAN (Star No. 20448),               )
DET. CORDARO (Star No.                 )
20680), OFFICER FIGUEROA-              )
MITCHELL (Star No. 20445),             )
OFFICER LOPEZ (Star No.                )
9341), OFFICER SANCHEZ                 )
(Star No. 6439), and                   )
As-Yet UNKNOWN CHICAGO                  )
POLICE DEPARTMENT MEMBERS,              )
                                       )
                Defendants.            )

        The video-recorded deposition of

TONY FERNANDEZ, taken pursuant to the Federal Rules

of Civil Procedure, before Katie K. Elliott,

Certified Shorthand Reporter No. 084-004537, at

321 North Clark Street, Suite 2200, Chicago,

Illinois, on Thursday, February 23, 2017,

commencing at 10:06 a.m., pursuant to notice.

TONY FERNANDEZ, 02/23/2017

Page 261

Q. Did they say anything else to you?

A. No. They just said, You -- David, he was like, You a bitch, you a bitch.

Q. And what was your understanding of why he was saying that to you?

A. He probably thought -- said I was over there like pointing him out, and I'm like, Man, I --

Q. Were you --

A. Even when I seen him in the courtroom, I don't even -- I couldn't even recognize him. I don't even know -- I couldn't even see who it was. Man, you know what I'm saying?

Q. By testifying in court, were you violating any rules of a gang not to testify?

A. No.

Q. And not --

A. I'm not in a gang.

Q. -- cooperate in criminal proceedings.

A. No.

Q. When you were testifying in this criminal case, do you remember seeing anybody else in the courtroom besides Anthony Kuri and David Gomez? Were there other people like outside in the chairs?

TONY FERNANDEZ, 02/23/2017

Page 262

A.    I don't know anybody that was in there.

Q.    All right.  Turning to page 100, this is now starting where you were asked questions by Mr. Gomez's attorney.

Starting on line 18, it says:

Question:  You have a drug problem; isn't that right?

"Answer:  Yeah.

"Question:  And alcohol, too?

"Answer:  Yeah."

And then you continue to answer:

"Yeah.  Marijuana."

You see those questions and ans -- answers?

A.    (Nodding.)

Q.    I think it goes on to the next page where you're also giving the answer of:

"Just marijuana."

A.    Hmm.

Q.    Okay.  So back in March of 2012, did you have both a drug and alcohol problem?

A.    Back in 2012?  No.  I was getting out. I was getting off the drugs already.

Q.    When did you start getting off drugs?