# Murder-for-hire

## Chicago cop charged in plot to kill former fellow officer

September 27, 2007 | By Chicago Tribune

When Chicago Police Officer Jerry Finnigan talked to a fellow indicted cop about killing another officer providing information against them in a corruption probe, he worried about leaving fingerprints on a photo of the target, according to charges filed Wednesday.

But he didn't worry about the cop sitting next to him. He believed they were in the plot together, federal prosecutors said, and that both would benefit from hiring someone to kill their former fellow officer.

Authorities involved in the investigation said Finnigan had good reason to feel comfortable; they could not recall a Chicago police officer ever wearing a wire to gather evidence on another city cop.

Until now. The other officer talking to Finnigan about whether to hire a gang member or a professional hit man for the slaying was secretly recording the conversations, and the FBI and federal prosecutors were listening in.

Finnigan, 44, already at the center of a widening probe of corruption, kidnapping and robbery in the Police Department's Special Operations Section, was charged Wednesday with plotting the murder-for-hire of a former police officer. The unit polices high-crime areas and focuses on making gang and drug arrests.

The police officer who wore the wire began cooperating recently and immediately told investigators of the plot to kill another former SOS team member, authorities said. The man is no longer a police officer, but he has been named in several civil lawsuits that claimed he was part of Finnigan's team that robbed, kidnapped and falsely arrested people over several years.

the 5200 block of South Sayre Avenue, U.S. Atty. Patrick Fitzgerald said.

Shackled at the feet and dressed in jeans and a faded green sweat shirt turned inside out, Finnigan appeared briefly in court Wednesday afternoon. U.S. Magistrate Judge Jeffrey Cole ordered him held until a bond hearing Monday morning.

In telephone recordings made last week, Finnigan and the officer discussed whether they should hire a member of a Hispanic street gang or a "professional hit man" to kill the officer, referring to the planned hit as a "paint job."

The recordings also captured the officers talking about the possibility of killing an additional officer, who they believed also was cooperating with authorities, according to the charges.

By Monday, authorities said, Finnigan and the other officer discussed killing up to four fellow cops.

Attorney Joseph Lopez said a client, Frank Villareal, was one of the targets. Villareal was one of two police officers charged months after the original arrests in the case that netted Finnigan and Officers Keith Herrera, Carl Suchocki and Tom Sherry.

Finnigan allegedly had multiple meetings and phone conversations with the cooperating police officer over the last week.

In a recorded conversation last week at Finnigan's home, he said he "wished he had kept a silencer he had for a weapon," according to an FBI affidavit filed in court Wednesday.

Finnigan also allegedly showed the undercover witness a photo of the officer he wanted to kill that "he had cut from a larger photo containing other members of their SOS team," according to the affidavit. He allegedly planned to give the photo to a gang member to help identify the target.

According to the criminal complaint, the officer whom Finnigan allegedly wanted killed had moved to a new address, but he said that would not be a problem.

"I got the brand-new one," Finnigan said, according to charges.

"You know why? [He] sent me a card to his son's graduation party. He sent me the brand-new address. Oh, yeah, dude. I got the new address."

The complaint alleges that Finnigan had been planning to kill the former officer since at least July and that he told the cooperating witness after an Aug. 7 court hearing that the "paint job" was "all taken care of."

Finnigan's lawyer, Michael Ficaro, declined to comment.

police officer Jerome Finnigan, who already was at the center of a corruption, robbery and kidnapping probe, is accused of plotting the murder-for-hire of a former police officer. He was arrested Wednesday outside his Chicago home.

- - -

An Ongoing Problem

Since at least 2002, Finnigan and other SOS officers allegedly robbed and, in some cases, kidnapped suspected drug dealers and citizens with no criminal background.

In one case, four SOS officers drew their guns to clear out a Southwest Side bar and then forced the owner to take them to his suburban home, where he was robbed of thousands of dollars, the initial state charges alleged.

In another, the officers allegedly ransacked a man's safe, stealing cash and a 1952 Mickey Mantle baseball card worth as much as $20,000. They also allegedly handcuffed a pregnant woman after she tried to call for help when she found them in her South Side home.