

# CHICAGO POLICE DEPARTMENT

3510 South Michigan Avenue/Chicago, Illinois 60653
Identification Section

### CRIMINAL HISTORY REPORT



CPD-31903C (REV. 7/04)

## >>> CONVICTED FELON <<<

**KURI, JEREMY**

IR #    **1664880**
SID #   **50831700**
FBI #   **254596KC8**
IDOC #  **R56779**

CPD photo

MALE

WHITE

5'06"

150 lbs

EYES : BRO

HAIR : BLK

HAIR STYLE :
SHORT

COMPLEXION :
LGT

Current Arrest Information:

| | |
|---|---|
| Date of Birth: | **13-FEB-1987** |
| Age: | **24 years** |
| Place of Birth: | **ILLINOIS** |
| SSN #: | |
| Drivers License #: | |
| Drivers Lic. State: | |

Scars, Marks &Tattoos:

**TATTOO, ARM, RIGHT - SPANISH COBRA W/DIAMOND TW**

Key Historical Identifiers:

| Alias or AKA used | Date Used | Dates of Birth Used | Social Security Numbers Used |
|---|---|---|---|
| **QURASH, RAMSEY** | **03-MAY-2006** | **22-OCT-1988** | Not Available |
| **KURI, ANTHONY** | **14-NOV-2005** | **22-OCT-1988** | Not Available |
| **KURI, JEREMY** | **27-OCT-2005** | **22-OCT-1988** | Not Available |
| **KURI, JEREMY** | **22-SEP-2005** | **13-FEB-1987** | Not Available |
| **ROWDY** | Not Available | Not Available | Not Available |
| **KURI, ANTHONY** | Not Available | Not Available | Not Available |

Criminal Justice Summary: Total arrests: **37** (5 Felony, 18 Misdemeanor)      Total convictions: **3**

---

**■ ARREST ■**

| | | | | |
|---|---|---|---|---|
| Arrest Name: | **KURI, ANTHONY** | Arrest Date: | **27-MAR-2013** | Holding Facility: **CPD - DISTRICT 025 MALE** |
| Date of Birth: | **22-OCT-1988** | Arrest Address: | **4204 W NORTH AVE CHICAGO, IL 60651** | |
| DCN or CB: | **018624822** | Residence: | **4901 N AVERS AVE CHICAGO, IL 60625** | |
| Officer: | **SCOTT** | Officer Badge#: | **5180** | Arresting Agency: **CPD** |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/12-2-B-7 | **Agg Assault/State Of Il Emp** | **OFFENSE AS CITED** |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/12-2-B-7 | **AGG ASSAULT/STATE OF IL EMP** | M | 13120593801 |

Disposition: **SENTENCED/PROBATION**                      Disposition Date: **15-APR-2013**
Sentence: **PROBATION 000 YEARS 18 MONTHS 000 DAYS**        Sentence Date: **15-APR-2013**    **CONVICTED**

CITY 0853