IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY KURI, (a.k.a. RAMSEY QURASH), | ) ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:13-1653 |
| | ) | |
| THE CITY OF CHICAGO, DETECTIVES SZWEDO, VALKNER, FOLINO, McDERMOTT, KOLMAN, CORDARO, FIGUEROA-MITCHELL, OFFICERS LOPEZ, SANCHEZ, And As-Yet UNKNOWN CHICAGO POLICE DEPARTMENT MEMBERS, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

The deposition of

OFFICER JOHN MCNICHOLS, taken under oath

at 312 North May Street, Suite 100, Chicago,

Illinois, 11:04 A.M., on Wednesday,

February 18, 2015, pursuant to the Rules of

the United States District Court, Northern

District of Illinois, before Carol M.

Siebert-LaMonica, CSR No. 084.001355 in and for

the County of Cook and State of Illinois,

pursuant to notice.

29

Q.   And if you had a working computer in your car was that also a system that is accessible from there, in the CLEAR system?

A.   Yes.

Q.   And apart from the LEADS database and the CLEAR system, did you do any other research on Mr. Kuri?

A.   We called the Violent Crimes Section of the Area North detectives to see if there was an open murder case involving an Anthony Kuri.

Q.   Did the LEADS system or the CLEAR system indicate anything about prior murder charges against Mr. Kuri?

A.   It would have said a murder arrest, arrest for murder.

Q.   On which one of those systems?

A.   On the CLEAR system.

Q.   You said you called Violent Crimes in Area North, why did you call them?

A.   Because he told us that he killed somebody at Lawrence and Central Park, and we were trying to verify, we didn't know anything about the case, and we were trying to verify

30

details about it.

Q.    Is that the case that you saw referenced in the CLEAR system?

A.    Correct.

Q.    And when you called Violent Crimes, Area North did you ask to speak to anyone in particular?

A.    No.

Q.    So who did you call?

A.    I don't recall who we talked to, who I talked to.

Q.    Is it just like -- I mean who -- if you were today to call there and checkout something like this, who would you call?

A.    If somebody answers the phone, a detective answers the phone, you would get transferred to the person that had the case, that specific case.

Q.    So you are sort of calling a general number and asking to speak to somebody --

A.    You call like an office number and a detective picks up, and if the case was open, like if the case was -- the case was assigned to somebody, you get the detective that had

31

that case.

But in this case it was already closed so they were able to look it up on the computer.

Q. The information of that you would have obtained from the CLEAR system, would that have indicated whether the case was open or closed?

A. No.

Q. What information is provided by the CLEAR system when you look up someone like say Mr. Kuri?

A. It says if he was arrested for the offense and what date he was arrested and where he was arrested and by who.

Q. So the CLEAR system indicates the arrest history but not the disposition of any particular arrest?

A. Correct.

Q. How about when you look up someone like Mr. Kuri on the LEADS system, what information is provided to you?

A. All -- if he has a valid ID or driver's license and it will say his address and then it goes gives his gang affiliation,

32

comes back on after the ID stuff comes back.

Q. After you called Area North and found out that the case was closed, what did you do?

A. They gave us the RD number, which is the case number of the case, so that would be like at the top of this case there is a Henry W. I think that one was Henry Robert, because it was a few years ago, and it gives the number after it.

Q. And what did you do with that information?

A. Put it in our case report and the narrative part that would be on the third page.

Q. And after you obtained that information what did you do?

A. Finished the arrest and the case report.

Q. And what does it mean to finish the arrest?

A. Submit the documents to the supervisors.

Q. And was Mr. Kuri released at that point?

A. He was not. He was put in the lockup