## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Anthony Kuri
                    Plaintiff,
v.                                              Case No.: 1:13−cv−01653
                                                Honorable Edmond E. Chang
Det. Folino, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 9, 2019:

MINUTE entry before the Honorable Edmond E. Chang: By 04/17/2019, Plaintiff shall file a sur−reply to Defendants' Rule 60 motion [336], specifically addressing the argument that the record does not support the statement that Plaintiff's investigator "continued on periodically throughout the remainder of the summer" to look for witness Tony Fernandez, see R. 351, Defs.' Reply; whether limited discovery is warranted on the motion; and whether if there was an error under Federal Rule of Civil Procedure 32(a)(4)(D), is that type of error subject to harmless−error review, and if so, whether error (if any) was harmless here. The status hearing of 04/24/2019 is reset to 06/18/2019 at 9:00 a.m. The Court observes that if the parties have not engaged in additional settlement negotiations, then this would be the perfect time to re−engage in negotiations. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.