**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division**

Anthony Kuri

                           Plaintiff,

v.                                              Case No.: 1:13−cv−01653
                                                         Honorable Edmond E. Chang

Det. Szwedo, et al.

                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 16, 2021:

      MINUTE entry before the Honorable Edmond E. Chang: On the motion to set schedule to litigate fees dispute, the motion [409] is denied without prejudice. Before setting a briefing schedule, the Court will refer the parties to the magistrate judge (a new one will be entered by the Executive Committee given the prior judge's retirement) for a settlement conference. By 08/16/2021, the parties shall file a joint status report, and if there has been no resolution, then the Court will enter the referral. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.