**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANTHONY KURI, | ) | |
| (a.k.a. Ramsey Qurash) | ) | Case No. 13 CV 1653 |
| | ) | |
| Plaintiff, | ) | Honorable Edmond E. Chang |
| | ) | |
| v. | ) | |
| | ) | |
| THE CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT**

1.      On October 3, 2018, this Court entered judgment on the jury's verdict, awarding $4,000,000.00 in compensatory damages and $50,000.00 in punitive damages to Plaintiff. Dkt. 313.

2.      Pursuant to the Local Rule process, the parties were able to resolve their dispute concerning attorneys' fees and costs covering the same through November 20, 2018. See Dkt. 409.  The fees that remained were unresolved pending the outcome of the appeal.

3.      Once the jury verdict was upheld, the parties resumed their negotiations to reach agreement on the remaining fees and costs.  To that end, Plaintiff filed Plaintiff's Motion to Set Schedule to Resolve Remaining Attorneys' Fees Issues. Dkt. 409.

4.      This Court denied the motion without prejudice and referred the parties to the magistrate for a settlement conference.  Dkt. 410.

5.      With the assistance of Magistrate Judge Cummings, the parties resolved the case in full.  Dkt. 424.  Accordingly, Plaintiff seeks an order of this Court entering judgment for Plaintiff in the amount of $20,000.00 in costs, and $1,550,000.00 in attorneys' fees, for a total of $1,570,000.00.

1

6.      A proposed judgment reflecting those amounts is attached hereto.


Respectfully submitted,

_/s/ Jon Loevy_____
Jon Loevy
LOEVY & LOEVY
311 N. Aberdeen Street
Chicago, Illinois 60607